**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

FILED

Name GONZALEZ Alejandro A.G.

(Last)          (First)          (Initial)     **(PR)**

Prisoner Number #C-47744

Institutional Address CTF P.O. BOX 689

SOLEdAd, CA - 93960-0689

=================================================================

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

AlejANdRO GONZALEZ
(Enter the full name of plaintiff in this action.)

**CV 08    00658**

Case No.
(To be provided by the clerk of court)

vs.

BEN CURRY (WARdEN)

J. Chudy, M.D.

(CHIEF MEDICAL OFFICER)

**COMPLAINT UNDER THE**
**CIVIL RIGHTS ACT,**
**42 U.S.C §§ 1983**

**MJJ**

(Enter the full name of the defendant(s) in this action)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.    Exhaustion of Administrative Remedies

[**Note:** You must exhaust your administrative remedies before your claim can go

forward. The court will dismiss any unexhausted claims.]

A.    Place of present confinement CTF- SOLEdAd

B.    Is there a grievance procedure in this institution?

YES (X)    NO ( )

C.    Did you present the facts in your complaint for review through the grievance

procedure?

YES (X)    NO ( )

D.    If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                          - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal **LOG. NO. CTF-07-01676**

**APRIL 2007**

**(see EXHIBIT "A")**

2. First formal level **JUNE, 8, 2007**

**(see EXHIBIT "A")**

3. Second formal level **SEPTEMBER 7, 2007**

**(see EXHIBIT "A")**

4. Third formal level **JAN. 3, 2008**

**(see EXHIBIT "A")**

E.   Is the last level to which you appealed the highest level of appeal available to you?

YES ☒   NO ( )

F.   If you did not present your claim for review through the grievance procedure, explain

why. **N/A**

II.   Parties

A.   Write your name and your present address. Do the same for additional plaintiffs, if any.

**ALEJANDRO GONZALEZ #C-47744**

**CTF    P.O. BOX 689**

**Soledad, CA. 93960-0689**

B.   Write the full name of each defendant, his or her official position, and his or her place of

employment.

**BEN CURRY (WARDEN)**

**J. CHUDY, M.D. CHIEF MEDICAL OFFICER**

COMPLAINT                                    - 2 -

1    CTF P.O. BOX 689
2    Soledad, Ca. 93960-0689

3

4 III.    Statement of Claim

5      State here as briefly as possible the facts of your case. Be sure to describe how each

6 defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any

7 cases or statutes. If you have more than one claim, each claim should be set forth in a separate

8 numbered paragraph.

9

10    SEE SUPPLEMENTAL PAGE ATTACHED

11    HERETO AS

12        APPENDIX "A"

13

14

15

16

17

18

19

20

21

22 IV.    Relief

23      Your complaint cannot go forward unless you request specific relief. State briefly exactly what

24 you want the court to do for you. Make no legal arguments; cite no cases or statutes.

25

26    SEE SUPPLEMENTAL PAGE ATTACHED

27    HERETO AS

28        APPENDIX "A"

COMPLAINT        - 3 -

1

2

3

4    I declare under penalty of perjury that the foregoing is true and correct.

5

6    Signed this ___17___ day of __JANUARY__ , 20 __08__

7

8    _____

9    (Plaintiff's signature)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                    - 4 -

# APPENDIX



This Institution Medical Department deliberated Indifference to plaintiff serious medical needs is paramount.

Plaintiff it's in desperate need of adequate and competent medical care.

In this case it can be asserted that this Inst. medical system have rendered the medical care meaningless and moot in that no adequate remedy can be expected by the plaintiff.

Plaintiff has been ill with several serious medical problems that dated back years and as of this penning plaintiff still yet to received adequate medical care and now plaintiff only course of relief is through the court taking action.

This is an ongoing problem and as the evidence hereto in this case shows it has been before the administrative appeals system with negative history for resolution.

The hand of the court is the only relief plaintiff is afforded. There could be no reason to disagree with this assessment.

In closing, plaintiff hereto states in the

interest of brevity and to avoid redundancy plaintiff has limited argument to those issue for which additional briefing might be deemed helpful to the court. However, the evidence in this case is clear and that justify the court to grant plaintiff relief as is just and proper, or as an alternative because of the complexity of the facts which are in dispute the case cannot be resolved by summary judgment, then it should be set for oral argument to determine all issue presented in the writ.

Respectfully Submitted

Relief

A Court Order directing defendant's that within a reasonable time (30) calendar days a treatment plan must be developed by a competent professional physician or team of specialist who based on the medical characteristics of the case treat plaintiff medical needs. Moreover, we must keep in mind that one of plaintiff illness is (Hepatitis "C") and the liver biopsy that was ordered on 6-4-07 should be done, and furthermore, the sciatica nerve illness also must be attend immediately as well the rectal anal bleeding.

# EXHIBIT

# A

exhibit     a

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS AND REHABILITATION
INMATE APPEALS BRANCH
P. O. BOX 942883
SACRAMENTO, CA 94283-0001

## DIRECTOR'S LEVEL APPEAL DECISION

Date:    **JAN 0 3 2008**

In re:    Alejandro Gonzalez, C47744
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

IAB Case No.: 0700637          Local Log No.: CTF-07-01676

This matter was reviewed on behalf of the Director of the California Department of Corrections and Rehabilitation (CDCR) by Appeals Examiner D. L. Porter, Facility Captain. All submitted documentation and supporting arguments of the parties have been considered.

**I    APPELLANT'S ARGUMENT:** It is the appellant's position that he has not received adequate medical care at the Correctional Training Facility (CTF). The appellant states that a surgeon recommended surgery for his back and he continues to have unbearable pain without any relief. Based on the above, the appellant believes that this appeal should be considered as an emergency based on the serious health risk concerning his immediate health and welfare. The appellant requests on appeal to receive immediate intervention and a new doctor evaluation to have alternative medication prescribed to treat his pain symptoms for a back injury.

**II    SECOND LEVEL'S DECISION:** The reviewer found that a comprehensive and thorough review of the appellant's appeal was conducted. The institution states that June 8, 2007, L. Fernandez, Registered Nurse (RN) interviewed the appellant regarding his appeal issue(s). RN Fernandez noted that on June 4, 2007, Physician Assistant (PA) Decker saw the appellant. At that time the appellant stated that he had not received his Neurontin and Fibercon. On June 26, 2007, Neurontin, 300 milligrams and Ultram, 50 milligrams was ordered for the appellant. On July 27, 2007, Ultram, 50 milligrams and a follow-up appointment for August 15, 2007, was ordered for the appellant by PA Trent.

On August 2, 2007, the appellant was seen by PA Decker for evaluation of pain medication, which the appellant stated was not effective for pain. Additionally, pain management was discussed with the appellant and he (appellant) agreed to try "T3" and the appellant's Neurontin was increased to 600 milligrams with a follow-up in two weeks. At this time the appellant's prescription of Ultram was discontinued.

On August 16, 2007, the appellant saw PA Decker for follow-up on pain management and noted pain as being less intense. PA Decker ordered Naprocyn, 375 milligrams, Neurontin, 600 milligrams, and "T3," and the appellant was rescheduled for pain management and follow-up. The appellant was informed that he will be ducated to see the physician on September 10, 2007, for follow-up and evaluation for pain management. The appellant was advised to discuss his concerns with the physician or PA at that time. The appeal was granted in part at the Second Level of Review (SLR).

**III    DIRECTOR'S LEVEL DECISION:** Appeal is denied.

**A.    FINDINGS:** The Director's Level Review (DLR) reviewed the issues of the appellant's appeal and reaffirms the institution's examination and conclusions as addressed within the SLR. It is important to note that inmates may not demand a particular medication, diagnostic evaluation, or course of treatment. The appellant is encouraged to cooperate with health care staff to ensure the proper diagnosis and treatment of his health care problems.

In this case, the institution has established that clinicians are attentive to the appellant's medical needs and have pursued a reasonable evaluative course to determine the medical needs of the appellant. California Code of Regulations (CCR), Title 15, Section 3354 establishes that only qualified medical personnel shall be permitted to diagnose illness and prescribe medical treatment for inmates. It is not appropriate for the appellant to self-diagnose his medical problems and then expect a physician to implement the appellant's recommendation for a course of medical treatment. In this particular matter,

ALEJANDRO GONZALEZ, C47744
CASE NO. 0700637
PAGE 2

the appellant's contention that he has not received adequate medical care is refuted by the medical records and professional staff familiar with the appellant's medical history.

**B. BASIS FOR THE DECISION:**
CCR: 3350, 3350.1, 3352, 3354

**C. ORDER:** No changes or modifications are required by the institution.

This decision exhausts the administrative remedy available to the appellant within CDCR.

N. GRANNIS, Chief
Inmate Appeals Branch

cc:    Warden, CTF
        Health Care Manager, CTF
        Appeals Coordinator, CTF
        Medical Appeals Analyst, CTF

RECEIVED

STATE OF CALIFORNIA                                                    DEPARTMENT OF CORRECTIONS

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

| | Location: Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | CTF-S | 1. 07-01676 | 8/6 |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| GONZALEZ, A. | C-47744 | PTR-N. 108 | WA-107-L |

**A. Describe Problem:** This Appeal is brought pursuant to Ca. Code of Reg., herein after refered to as CCR, Sec. §3084.1 (Right to Appeal) in that I am an Inmate under the jurisdiction of the department, and have suffered from adverse department decision, action, condition, or ~~policy~~. For the purpose of this Appeal the term Department of Corrections, see CCR, Sec. §3000 (Definitions). This Appellant request this Appeal to be deemed as an "EMERGENCY" based on the serious health risk concerning Appellant immediately health and welfare CTF-Medical Department professionalism is appaling. I have continuosly address this issue with no result, and that has now compelled Appellant to seek relief via Inmate/Parole

If you need more space, attach one additional sheet.

**B. Action Requested:** Appellant request immediate intervention from the CTF-Medical Administrative staff and a new Dr. evaluation to have alternative medication prescribed to treat the pain symptons.

Inmate/Parolee Signature: _____   Date Submitted: 04/16/07

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: You were seen on 4-9-07 by Dr Dayalan M.D. You submitted a 7362 on 4-9-07 Requesting New evaluation change on meds for (??). If you still feel you are needing to discuss your meds issues you will need to submit another 7362 to see an M.D. for further evaluation or report to sick call window.

Staff Signature: _____ QSA   Date Returned to Inmate: 4-

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

DISSATISFIED. Informal Level response is designed to pacify Appellant when no real remedy has being achieved. Appellant has continuously submitted 7362 forms and signed-up for sick call only to be informed upon his arrival at the clinic that he would not be seen by the Dr. and would be ducated at a later date. Appellant hereby realleges and incorporates by

Signature: _____   Date Submitted: 04/29/07

Note: Property/Funds appeals must be accompanied by a completed   CDC Appeal Number:
Board of Control form BC-1E, Inmate Claim

RECEIVED
APR 1 7 2007
CTF APPEALS

RECEIVED
APR 1 9 2007
CTF MEDICAL APPEALS

RECEIVED
JUN 1 5 2007
CTF APPEALS

RECEIVED
JUL - 6 2007
CTF APPEALS

07-01676

First Level    ☐ Granted    ☒ P. Granted    ☐ Denied    ☐ Other _____

REVIEWER'S ACTION (Complete within 15 working days): Date assigned: **MAY 2 2007**    Due Date: **JUN 14 2007**

Interviewed by: _Hernandez RN_

_See Attached_

Staff Signature: _Smith F. Edwards_    Title: _RN_    Date Completed: _6/13/07_

Division Head Approved:
Signature: _S Backer_    Title: _CRO_    Returned Date to Inmate: **JUN 13 2007**

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

**"DISSATISFIED WITH FIRST LEVEL RESPONSE"**

Signature: _____    Date Submitted: June 15, 2007.

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other    **AUG 9 2007**    **SEP 7 2007**

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____    Due Date: _____

☐ See Attached Letter

Signature: _See Attached_    Date Completed: **SEP 10 2007**

Warden/Superintendent Signature: _____    Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

SEE ATTACHED SECTION "H" SUPPLEMENTAL PAGE

Signature: _____    Date Submitted: Sept. 17, 2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION: ☐ Granted    ☐ P. Granted    ☒ Denied    ☐ Other _____

☒ See Attached Letter    Date: **JAN 03 2008**

CDC 602 (12/87)    0700637

## SECTION "A"

Appeal CDC-602.

In this case, a review of the records will reflect that on March 29, 2007. Appellant was ducated for medical appointment. However, at that time upon arrival at CTF-North Clinic Appellant was informed by medical staff (nurse) that he would not be seen by the doctor, but that the (DOT) prescription was extended for an additional 30 days and that he would be ducated at a later date for medical evaluation.

On April 9, 2007. Appellant was ducated, follow-up concerning his back injury and seen by a Dr. Appellant explained that he was still experiencing unbereable excruciating pain and the medication he was currently taken was useless and not having any effect in relieving the constant pain. Furthermore, that I was losing weight due to the weakness from not being able to eat properly, I have not been able to perform normal activities, such as walking for more than a few minutes without having to set down so there will be some type of lull in the pain and regain my waning strength.

A review of the records also will reflect that an MRI was performed and Appellant has a valid deteriorating back condition that requires surgery to correct the problem. Appellant was seen by a surgeon and informed that the only way to alleviate the pain was by having surgery. However, as an alternative there are several medication available that would alleviate the pain and treat the symptons until the proper surgical procedures could be performed.

On April 9, 2007 medical appointment, Appellant was informed by the Dr. that there was nothing that copuld be done to treat the symptons of his condition in direct contradition with the surgeon, which boarder's well within the realm of incompetence by such statement being made by a doctor. Also the Dr. went on to say that there was nothing he could do or more appropriately, he was deliberately saying that he would not treat the Appellant which screams of deliberate indifference, which boaders on criminal conduct, through Dr. neglect and unprofessional behavior as a medical doctor who took an oath to care for his fellow human beings.

In conclusion, adequate medical treatment and care is not just an Inmate Right, but a "Human Right".

Inadequate medical acre as well as indifference is a unprofessional comportment towards Inmates and is a prevalent behavior on CTF-North Medical Department. Moreover, this is a behavior that is known throughout the rank and file foot yet continues unchecked.

## SECTION "D"

reference all allegations and contentions set forth in the appeal and furthermore, demmands immediately intervention from the CTF-Medical Administrative staff and immediately proper medical care.

First Level response is designed to pacify Appellant when no real remedy has been achieved. The response is standard CTF-Medical Department propaganda. The Medical department still take the posture of **"ONE FOOT IN AND ONE FOOT OUT"**, respondent stated that at the interview Appellant claimed that he is happy with P.A. Decker. However, respondent make no reference as to wheather previously doctor acted inappropriately.

To date Appellant has still not received the medication, and continues to suffer extreme pain and disconfort. Respondant, claimed that the pharmacist is in the process of having Neurontin approved because it is a non-formulary medication, and that Fibercon will be refilled since pill line nurse cannot track it. Why no state the facts, that Appellant allegation that CTF-Medical Department is incompetent, instead of a watered down, white-washed version.

Appellant is still suffering from the same condition and has received no assurance that future malfeasance will not reoccur.

In conclusion, if First Level had thoroughly investigated Appellant's allegation as claimed, it would have been determined that there are other effective medication that can be prescribe in treatment instead of Neurontin. Yet for some reason, Appellant is being denied adequate medical care.

STATE OF CALIFORNIA

**DEPARTMENT OF CORRECTIONS AND REHABILITATION**
CORRECTIONAL TREATMENT FACILITY -SOLEDAD

# Memorandum

Date:      06/08/07

To:        GONZALES, CDCR# C-47744

Subject:   **CTF APPEAL LOG # CTF-S-07-01676**
           **FIRST LEVEL RESPONSE**

**APPEAL ISSUE:** In your 602, you requested that this appeal be deemed as an emergency based on the serious health risk concerning your immediate health and welfare. You requested immediate intervention and a new doctor evaluation to have alternative medication prescribed to treat pain symptoms for a back injury. You state that a surgeon recommended surgery for your back. You also state that you continue to have unbearable pain without any relief.

**APPEAL RESPONSE:** I interviewed you on 06/08/07. You were seen on 06/04/07 and happy with P.A. Decker. You stated you haven't received Neurontin and Fibercon. The pharmacist is in the process of having Neurontin approved, as it is a non-formulary medication. Fibercon cannot be refilled by pharmacy as pill line nurse cannot track it. You are scheduled for a follow-up on 06/22/07. You are advised to check your Fibercon and Neurontin in the pill line weekly window next week (Wednesday or Thursday). You stated you will redirect your staff issues to a higher level.

**APPEAL DECISION:** Your First Level appeal has been **PARTIALLY GRANTED** in accordance with the policy and procedures as set forth in CCR Title 15 and DOM.

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "F" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

**L. Fernandez, R.N.**
**Registered Nurse**
**CTF-Soledad**

**Kyle B. Sather, DDS**
**Chief Dental Officer**
**CTF-Soledad**

STATE OF CALIFORNIA                    **DEPARTMENT OF CORRECTIONS AND REHABILITATION**

CORRECTIONAL TREATMENT FACILITY -SOLEDAD

# Memorandum

Date:    September 7, 2007

To:    Gonzalez, C47744

### Subject:  **CTF APPEAL LOG # CTF-S-07-01676**
**SECOND LEVEL RESPONSE**

**ISSUE:** In your 602, you requested that this appeal be deemed as an emergency based on the serious health risk concerning your immediate health and welfare. You requested immediate intervention and a new doctor evaluation to have alternative medication prescribed to treat pain symptoms for a back injury. You state that a surgeon recommended surgery for your back. You also state that you continue to have unbearable pain without any relief.

**APPEAL RESPONSE:**   Your CDC 602 was partially granted at the first level of review on 6/8/07.

On 6/26/07, Neurontin 300 mg TID and Ultram 50 mg was ordered for you.

On 7/27/07 ULTRAM 50 mg and follow up appointment for August 15, 2007 was ordered by PA Trent.

You were seen on August 2, 2007 by PA, Decker for evaluation of pain medication which you stated was not effective for pain. Pain management was discussed with you and you agreed to try T3 and Neuorontin was increased to 600 mg TID and to follow up in two weeks. Ultram was stopped.

You were seen on 8/16/07 by PA, Decker for a follow up on pain management and noted pain as being less intense. Medication was ordered, Naprocyn 375 mg, Neurontin 600 mg TID, T3 and to reschedule you for pain management and follow up.

You are being ducated to see the MD on Monday September 10, 2007 for follow up and evaluation for pain management. You can discuss with MD or PA any questions or medical concerns at this time.

You are being properly evaluated and receiving proper medical care.

**APPEAL DECISION:** Your Second Level appeal has been **PARTIALLY GRANTED.**

If you are dissatisfied with this decision, you may appeal to the Director's Level by completing section "H" on your appeal form, and submitting it by mail within 15 days of receipt of this response.

**J. Chudy, M.D.**
**Chief Medical Officer**
CTF-Soledad

SUPPLEMENTAL PAGE

## Section "H"

"DISSATISFACTION" Appellant is dissatisfied with the response from the SECOND LEVEL.
In the Appeal response dated, 06/26/07, NEURONT 300 MG were prescribed by the attending Doctor and the totality of Appellant's condition was not considered in his request for pain management for chronic pain. The follow-up appointment on 07/27/07, 08/02/07 and 08/16/07, Appellant was again met with the same substandard care concerning his·chronic pain. On 06/26/07 Appellant was prescribed 300 MG of NEORONT which is an anticonvulsant drug used to control seizures, the primary use is to control epilepsy; Other uses for anticonvulsants are various psychiatric conditions, including bipolar disorder. Also, anticonvulsants are used to treat neurological disorder such as trigeminal neuralgia and pain due to other neuropathies. When Appellant was seen on 06/26/07 by the doctor, a diagnosis of neuropathy was not made through neurological and muscular examinations which should be accompanied by a detailed medical history. The attending doctor should have conducted tests such as an electromygram (EMG), nerve conduction test, a nerve biopsy, blood test, and scans. Treatment should have depended on the underlying disease and not a 'catch all' medication that is prescribed freely in this institutional medical community. Also, Tramidol (Ultram), 50 mg was prescribed and the Appellant suffered dizziness, drowsiness, and nausea while taking the two medications and the chronic pain still persists causing the Appellant physical disability, depression, irritability and guarded behavior.

At no time has Appellant's condition been aggressively treated for chronic pain he still suffers daily. On 08/16/07, Appellant was seen once again; this time for another follow-up and at that time there was only an increase in the dosage of the anti-epileptic drug without a complete examination of the Appellant's condition that would be required to treat the appropriate disorder reasonably through competent diagnosis.

Appellant's care has been haphazard and has harmed his overall health and weighs heavily on his emotional wellbeing. At present there's only despair and helplessness because of the lack of true professional care. Even the Appellant knows that each case of chronic pain is unique and a 'catch all' treatment system will not address the problem, which is the case in the appeal before you. A treatment plan must be developed by a competent professional physician or team of specialists, who based on the medical characteristics of this case, chosen from several types of therapies available which, is not the case here. The Appellant has been drugged and pushed to the side and not treated accordingly as a member of the human race as the United States Constitution provides for all within the borders of this Nation. On 08/25/07, Appellant requested to see the attending or, an on duty RN or LVN due to an emergency situation. The cause was rectal "anal bleeding". The cause of alarm was the severe bleeding and Appellant had to make a semi bandage to prevent the bleeding from going through his clothes. Appellant suffered the bleeding disorder off and on for days and was in fear of having a serious disorder.

Appellant was informed earlier in life that he may have had the bleeding disorder, disseminated intravascular coagulation diseases, and was told to seek immediate medical attention if he has any problems with severe bleeding. The condition is hereditary and a number of Appellant's family have had the condition. Sixteen days later the Appellant was ducated to the CTF-North Clinic to see the doctor and was told by (C. Tortorelli, R.N.) that the appointment was cancelled due to a shortage of doctor staff and that Appellant condition not being serious enough to have any type of medical treatment. And boldly stated, "You will be ducated at a later date"; Appellant was then ordered to leave the clinic which he complied and went to seek assistance from the Facility Captain (A.E.. Roberts) to voice complaints and express his worries about not being treated for possible life threatening condition if not treated. Captain A.E. Roberts, intervened but I was still delayed in seeing the doctor until the following day. When I was seen on 09/11/07, the attending doctor only increased Appellant's medication of NEURONTIN to 800 MG, and increased the secondary medication of NAPROXEN to 500 MG. Appellant was never treated for the cause of the appointment.

The actions taken by C. Tortorelli, R.N., is a clear example of Deliberate Indifference in an EMERGENCY situation that could have been life threatening and still persists to this day, 09/13/07, without any type of adequate medical care. The act of the supposed professional medical staff was draconian deliberate.

The condition Appellant is complaining about is serious and causes extreme pain, suffering, injury, and if left unchecked could very well result in death. After two weeks on non-treatment and the lack of professional conduct by C. Tortorelli, R.N., she was informed by the Facility Captain that Appellant should be seen and what the condition symptoms and physical difficulties were. Subjectively, staff members knew of the condition and were responsible for the ongoing condition by not acting accordingly when Appellant was hemorrhaging, which makes her responsible for the ongoing condition and having a culpable state of mind. In other words, the medical staff knew of the condition and were aware that the condition presented a substantial risk of harm.... An act of outright deliberate indifference..... Well within standards of the Eighth Amendment Constitutional violation – Cruel and Unusual.

In Conclusion, Second Level respondent makes no reference to conducting an investigation as to whether previous doctors acted inappropriately, and Appellant has received no assurance that future malfeasance will not reoccur. Those being a general and practiced lack of concern for the medical needs of the institutionalized person.

Alejandro Gonzalez, #C-47744
CTF-North  WA-107-L
P.O.  Box  705
Soledad, Ca. 93960-0705

ORIGINAL

June 27, 2007

**Attn: Chief Inmate Appeals**

**In re: Log Number: CTF-S-07-01676**

I hope and pray that your department take the time to read this letter because
with the same urgency that I write it the need to request your assistance is
equally as great.

I, filed an Inmate Appeal on April 16, 2007, Log#-actual compliant (Substandard
Medical Care being Rendered by CDCR-Medical Staff.) Also, the constant stone
walling practice being administered by CTF-Soledads' Appeals Coordinator Office.

Appellant explained in section D. that I was dissatisfied with the response and
used the appropiate section and returned the 602 to the Appeals Coordinator for
the next level response which, was made by Ms. L. Fernandez, Registrered Nurse,
who could not make such a diagnosis that the Appellant needed to expedite his
appeal, and then signed off by Kyle B. Sather, DDS Chief Detal Officer and not
even an M.D., which makes him unqualified to sign off on Appellant's appeal.

Again, Appellant used the inmate appeal process to express his dissatisfaction
with the response and returned the appeal to the inmate appeals coordinator; On
June 15, 2007. Appellant's 602 was returned with a CDC-Form 695 attached, which
stated (Complete Section "F" of Appeal). The section in question was complete and
a new page was not added to the appeal. **(See Attached Exhibit "A").**

On June 19, 2007, Appellant contacted CTF-Appeals Coordinator via Institutional Mail and informed Him/Her, that CCR Title 15 Article 8; Especially Sec. §3084.3 says nothing about sections A&B are the only section where an inmate may add an additional page. It should be note that the Appellant only used one extra page throughout his 602 to the Formal Level. **(See Attached Exhibit "B")**.

On June 21, 2007, Appellant received another CDC-Form 695,stating that he was abusing the appeal process pursuant to CCR §3084.4. Said document stating that Appellant refuse to interview and cooperate with the reviewer, and that this Appeal would be terminated per CCR §3084.4(d). The enclosed documentation shows that Appellant was interviewed but was dissatisfied. The enclose documentation will reflect Appellants claims and the abuses being perpetrated by CTF-Appeals Coordinator Office.

Therefore, in conclusion, I hereby respectfully request that the Chief Inmate Appeals Office intervene in this matter and order CTF-Appeals Coordinator Office to process Appellant Appeals and stop discriminating, treating and abusing the Appellant.

Thank you very much for your assistance in the matter.

Cordially

**Orig:** Chief Inmate Appeals

   **cc:** Ben Curry, (Warden)
      Julian Hatt, Litigation Coordinator
      CTF-Appeals Coordinator Office
      Samantha D. Tama, Deputy Attorney General
      Appellant File

# EXHIBIT

# A

exhibit     a

DATE:

TO:

Appellant's Name

CDC Number

CDC 602 Inmate/Parolee Appeal

CDC 1824 Reasonable Modification Or Accommodation Request

RE: Screening at the FIRST Level

June 1, 2007

CHAVEZ SR, C47744

CTF- 1000009102

Log Number: CTF-S-07-01675

This appeal is being returned to you for the following reason:

You have not adequately completed the *Inmate/Parolee Appeal Form* (CDC Form 602).

You need to complete the said appropriate section.

*COMPLETE SECTION "F" OF APPEAL.*

*LIMIT ONE CONTINUATION PAGE MAY BE ATTACHED.*

*SECTION A.I.B. IS THE ONLY SECTION THAT ALLOWS INMATES A CONTINUATION PAGE.*

P. G. Dennis
Appeals Coordinator
Correctional Training Facility

NOTE: Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.3(c)(5). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE

State of California
CDC/CDCR Level
Screening Sheet
CDC 602 Inmate/Parolee Appeal
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

June 21, 2007

GONZALEZ, C47744

Log Number: CTF-S-07-01676

This appeal is being returned to you for the following reason:

*This appeal constitutes an abuse of the appeal process pursuant to CCR 3084.4. Refusal to interview or cooperate with reviewer shall result in cancellation of the appeal per CCR 3084.4(d).*

*Comments: Complete section F of appeal. 2nd notice*

J. Abresa / P. G. Dennis

NOTE: Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT - DO NOT REMOVE**

# EXHIBIT

# B

exhibit      b

Gonzalez, #C-47744
CTF-North  WA-107-L

*COPY*

June 19, 2007


TO: Appeal Coordinator, J. Aboytes


Appellant has studied careful CCR Title 15 Article 8; Especially Sec. §3084.3
and nowhere did appellant find that Section A & B are the only section that
allows a continuation page.

I protest your office deliberate laxity to interpret the rules as your office
may seem fit to do. However, I'm hereby returning my appeal within compliance
to meet your demand.




Cordially




Orig: Appeal Coordinator
  cc: Appellant File

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION                ARNOLD SCHWARZENEGGER, GOVERNOR

### INMATE APPEALS BRANCH

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001

August 6, 2007

Appeals Coordinator
Correctional Training Facility
P.O. Box 686
Soledad, CA 93960

RE:  GONZALEZ, ALEJANDRO, C47744,
     IAB# 0700637, Institution Log# CTF-07-01676, MEDICAL

To the CTF Appeals Coordinator:

The Director's Level Inmate Appeals Branch needs your assistance in resolving this inmate appeal which has been screened back to you for further action.

This appeal appears that it may have been improperly rejected.  Please ensure that the rejection is appropriate and provide an explanation to the inmate.  The one-page (front and back) limitation on appeal attachments applies only to continuations of parts A and B of the appeal form.  Regulations allow relevant supporting documents to be attached to the appeal. Please respond directly to the appellant.  No response to this office is necessary.

Pursuant to CCR, Title 15, Section 3084.2(a)(1),  sections A & B are the only sections limited to a one page continuation sheet.  Appellant must be allowed to exhaust administrative rememdies.

N. GRANNIS, Chief
Inmate Appeals Branch



****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

# EXHIBIT

# B

exhibit      b

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 4-9-07 | | | Tylenol w/ codeine one to Two Tab |
| 9-55 | | | PO bid Plus X 30 dys |
| | | | ~ Doxolon |
| | | | noted: [signature] 4/9/07 @ 1025 |
| 5-8-07 | | ✓ | Pain Management Consult HCSRF ✓ |
| | | ✓ | T-3 ī ō ōō PRN TID ✓ MAR PASS X 30 dys |
| | | ✓ | Naprocyn 325 ō ō BiD |
| | | ✓ | Prislo Sec - ī PO ō day |
| | | ✓ | Labs — |
| | | ō | BMP ō PSA ō Lopril Panel ō |
| Viral/Gms | | ō | CBC ō Liver Panel ō Hem Cult x 3 |
| | | | noted: [signature] 5/8/07 @ 1300 |

| ALLERGIES: PCN / TCN | INSTITUTION CTF-N | ROOM/WING WA 107 L |
|---|---|---|
| | | CDC NUMBER, NAME (LAST, FIRST, MI) |

Confidential
client information
See W & I Code, Sections 4514 and
5328

Gonzalez
C47744

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)

3

| DATE | TIME | |
|------|------|---|
| 5-8-07 | | 53 y/o or c/o Back Pain, sever, to L 4-S1 |
| | | MRI shows seve malidies, stenosis, impingment to This area. PT Has refused Surgery, wants off Narcotic meds "I used to be an addite" States T-3 has no effect on Pain. No signigant Pain Radication, occ pain to ® foot- |
| | ② | Hep C patient "I want to be followed" |
| | | male older than ASL - walks to a stoop - Skin, Dry Heavily wrinkled - Not well pup Resp Sure & easy - Vital apper stable |
| | A | Hep C +.    unknown Status Chronic Back Pain    Not well controlled |
| | P - | See orders — |

Decker D PA-C
CTF Soledad, CA

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|---|---|---|

Gonzalez
E47744

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

4

06104

9844908
DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)    HE    TH CARE SERVICES REQUEST FORM

## PART I: TO BE COMPLETED BY THE PATIENT

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

| REQUEST FOR: | MEDICAL ☒ | MENTAL HEALTH ☐ | DENTAL ☐ | MEDICATION REFILL ☐ |
|---|---|---|---|---|

| NAME GONZALEZ, A. | CDC NUMBER C-47744 | HOUSING WA-107-L |
|---|---|---|

| PATIENT SIGNATURE | DATE May 28, 2007 |
|---|---|

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I'm Currently on **DOT (Tylenor #3)** and my prescription expires on 6/8/07
Therefore, I'd like to request an appointment to be seem by the Doctor for a new evaluation

for my back injury treatment.

Thank You    ꝶ  c  Decker. RN

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

## PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT

☐ Visit is not exempt from $5.00 copayment. (Send pink copy to Inmate Trust Office.)

## PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:    Pain Scale:  1  2  3  4  5  6  7  8  9  10

O:  T: 98⁹  P: 82  R: 18  BP: 110/71  WEIGHT: 164 lbs  6/14/07  GA-B2⊘

A:  Δ ♀ ε ont —  6 months

P:  fibercon  pills  ⁵⁰ q 4 5

☐ **See Nursing Encounter Form**

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |

| PRINT / STAMP NAME | SIGNATURE / TITLE | DATE/TIME COMPLETED |
|---|---|---|

'DC 7362 (Rev. 03/04)   Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

| DATE | TIME | |
|------|------|---|
| | | 53 yo ♂ |
| 6-4-07 | | ① c/o Back Pain Radiating down ® Post-leg Post Knee to mid Calf, moderate only ⑤ slightly c̄ +.3. Wants Pain MANagement. |
| | | ② Sever hemmoroids, uses Vit A & E c̄ Reline has seen Surgeon and Refused Tx. NO Bleeding |
| | | Ⓞ Pleasent ☉ NAD, Walks s̄ cane, slight stoop (kyphosis) Thin, older then age |
| | | — Back well developed, NO Deformity or atrophy |
| | | — Pain ® scaral area - lateral ↓ spinl |
| | | DTR 2+ K & A Bilat |
| | | Strength 5/5 Lower extremities |
| | | ABD - Thin, NO masses, BS +4, NON tender |
| | | ① PT. late in interviewed mentioned 2 episodes of sharp L LQ pain (cstng see 10/10 pain) |
| | | Ⓐ Hemmoroids - controlled |
| | | Hep C + cenknown Status (Labs not done) |
| | | Back Pain c̄ Radiation uncontrolled |
| | | Ⓟ See Orders |

Decker, D PA-C
CTF-Soledad, CA

INSTITUTION CTF-N    HOUSING UNIT   WA 107L

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Gonzalez
C4 7744

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)

8

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6-4-07 | | 1. | STOP Tylenol #3 |
| | | 2. | Ultram 50mg ī p q 4-6 h x 30 days |
| | | 3. | Neurontin 300mg ī TID x 30 days |
| | | 4. | Vit A & E ointment prn for Hemorroids x 6 mths |
| | | 5. | Fiber Con TAB īī q water q HS x 6 mths |
| | | 6. | P.T. Request |
| | | 7. | Ducate in 2 weeks (~ Pain Management) |
| | | 8. | Hep C viral count |
| | | 9. | Hep A & B vaccination start soon. |
| | | | Decker, D. PA-C CTF-Soledad, CA |
| | | | Discuss Liver Biopsy next visit- |
| | | | 6-4-7 |

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|
| PCN / TCN | CTF-N | WA107L |

Confidential
client information
See W & I Code, Sections 4514 and 5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Gonzalez

C47744

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)

9

| DATE | TIME | | |
|------|------|---|---|
| 6/8/07 | 0805 | 602 part ally granted # 5-07-01676 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|-----------------------------------------------------|

**INTERDISCIPLINARY PROGRESS NOTES**

GM Zaly
C4 7744

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

 

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 6·26 | 07 | 1. | Neurontin 300 mg TID × 30 days Start ASAP Please D. Deeben PA-C |
| | | | Fax New Formulary and this order to Pharmacy |
| | | 2 | ULTram 50mg ī po q 4-6hr × 30days |
| | | | MAud (tr) 6/26/07 0440 |

Decker D P CP Solicited C

| ALLERGIES: | INSTITUTION | ROOM/WING |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

GONZALEZ
C47744

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA      OSP 05 93459      DEPARTMENT OF CORRECTIONS

12

7100

9849582

CDC (... ...NIA
CDC (... ...v. 03/04)    **HEALTH   ARE SERVICES REQUEST F   ,M**    DEPARTMENT OF CORRECTIONS

| PART I:  TO BE COMPLETED BY THE PATIENT |
|---|

*A fee of $5.00 may be charged to your trust account for each health care visit.*

**If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.**

REQUEST FOR:    MEDICAL ☒    MENTAL HEALTH ☐    DENTAL ☐    MEDICATION REFILL ☐

| NAME  Gonzalez, A. | CDC NUMBER  C-47744 | HOUSING  WA-107-L |
|---|---|---|
| PATIENT SIGNATURE | | DATE  July 2nd. 2007 |

REASON YOU ARE REQUESTING HEALTH CARE SERVICES. (Describe Your Health Problem And How Long You Have Had The Problem)   I'm currently on (DOT) treating a deteriorating back condition; The prescription expire on July 7, 2007. Therefore, I'd like to request to be schedule an appointment for new evaluation and continue treatment.

Thank you very much for your assistance.

*NOTE:  IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| PART III:  TO BE COMPLETED AFTER PATIENT'S APPOINTMENT |
|---|

☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.)

| PART II:  TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE |
|---|

| Date / Time Received: | Received by: |
|---|---|
| Date / Time Reviewed by RN: | Reviewed by: |

S:                          Pain Scale:  1   2   3   4   5   6   7   8   9   10

O:  T: 98⁵   P: 60   R: 16   BP: 121/74   WEIGHT: 168 lbs   8/15/07 0800 St
8/16/07  T= 98.7  P= 75  R= 16  B/P = 117/75
wt= 167 lbs  8/16/07 0740 St

A:

P:

☐ See Nursing Encounter Form

E:

| APPOINTMENT SCHEDULED AS: | EMERGENCY (IMMEDIATELY) ☐ | URGENT (WITHIN 24 HOURS) ☐ | ROUTINE (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |
| COMPLETED BY | | NAME OF INSTITUTION | |
| PRINT / STAMP  NAME | SIGNATURE / TITLE | | DATE/TIME  COMPLETED |

**CDC 7362 (Rev. 03/04)**    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate



**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7/24/07 | 1355 | 1 | ULTRAM 50mg + PO Q4-6hrs PRN x 2+ days |
| | | | Pls ducat before August 15 for F/U ē Decker PA-C |
| | | | Instruct to return to clinic PRN if symptoms persists/worsen |
| | | | (not seen) |
| | | | PG Tre+PAc (chart reviewed) |
| | | | dated _____ 7/24/07 |
| 8-2-07 | | 1 | STOP Ultram |
| | | 2. | T-3 ⅟ T.I.O x 60 days |
| | | 3. | Neurontin 600 mg T.I.O (This is an increase only N F done confirmed Soon) |
| | | 4. | Pain Management & (confirmed Soon) |
| | | 5. | Follow Up ē me week of (8-14-07) |
| | | | J. Decker PA-C |
| Decker, D. PA-C CTF-Soledad, CA | | 6. | Restart Hep A & B Vac. |
| | | | noted by R. Sub_____ LVN 8/2/07 15 10 |

**ALLERGIES:** PCN PCN    **INSTITUTION** CTF-N    **ROOM/WING** WA 107L

CDC NUMBER, NAME (LAST, FIRST, MI)

Gonzalez

C47744

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)

STATE OF CALIFORNIA    OSP 07 101920    DEPARTMENT OF CORRECTIONS

14

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 7/30/07 | 1236 | ◇ | D/C Tramadol , NF. |
|  |  | 2) | FU any MA 1-2wks — TO RN |
| 7.30.07 | 1530 |  | Pc 5re.YSAc |
|  |  |  | Noted Ohlia Lopez-ledesma  LVN |

| ALLERGIES: Pcn/TCN | INSTITUTION CTF- N | ROOM/WING |
|---|---|---|
|  |  | CDC NUMBER, NAME (LAST, FIRST, MI) |

Confidential
client information
See W & I Code, Sections 4514 and
5328

Gonzalez, A
C 47744

## PHYSICIAN'S ORDERS

CDC 7221 (2/00)
STATE OF CALIFORNIA          OSP 05 97459          DEPARTMENT OF CORRECTIONS

15

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| | | | |
| Aug 1 NOON | | 1(?) | Please ducate this in math — To RN to discuss importance of Hep A & B Vac. and assure he understands the consiquence of refusal — Thank You. S. Decker PA-C |
| Decker, D PA-C CTF-Soledad, CA | | | File RN Report & Pt. Verbal refusal of 7/23/07 — 8-1-07 @ 1300 Noted Olivia Lopez Ledesma LVN |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ALLERGIES:                    INSTITUTION                    ROOM / WING

Confidential
client information
See W & I Code, Sections 4514 and
5328

CDC NUMBER, NAME (LAST, FIRST, MI)

Gonzales

C47744

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA          OSP 07 101929    DEPARTMENT OF CORRECTIONS

17

| DATE | TIME | |
|------|------|--|
| 8.20 | | ① PT. Had stopped Voc for A & B as he could see no advantage as N: ette are fatal. |

② Ultram & Neurontin not effective for Pain Back and Radiation to ® leg. "I'd give anything to be Pain free for 1 day"

- Slender male, no longer using Cane. Walks slowly c wide gait.

- No change in exam

Discussed up coming Pain Management Visit & alternatives. Agreed to Try 73 °° T10 & ↑ Neurontin. Discussed Hep Vaccination & need to remove any stresses to Liver. PT. agrees to start Voc. Again

A. Hep C
Back Pain c Radiation, Stenosis L-3-4-5

P. S. O

E. as above

Docker, D. PA-C
CDCr-Soledad, CA

4/2/07 Copy of original copy of Hep A+B vaccine sheet along c new
INSTITUTION    HO Provider 6/2/07 .40 PHN

CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH

Gonzales

C47744

18

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 8-16-07 | ✓ | 1. | Prilosec 20mg 1 po q day X |
| | ✓ | 2 | Naprosyn 375 ? po q day STOP |
| | ✓ | 3. | Neurontin 600mg TID Sept 14 |
| | ✓ | 4. | T-3 ōō TID X |
| | | 5. | Reducate to see me Week of Sept 10 |
| | | 6. | Reschedule Pain Management -- Coors 40 AM |
| | | | Decker PAC |
| | | | noted: mansque 8/16/07 @ 0945 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| ALLERGIES: NKA | INSTITUTION CTF | ROOM/WING WA / 107 L |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Gonzales
C47744

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA    OSP 05 93459    DEPARTMENT OF CORRECTIONS

*09/10*

**9844497**
DEPARTMENT OF CORRECTIONS

STATE OF CALIFORNIA
CDC 7362 (Rev. 03/04)

**HEA H CARE SERVICES REQUE.  FORM**

| **PART I: TO BE COMPLETED BY THE PATIENT** |
|---|
| *A fee of $5.00 may be charged to your trust account for each health care visit.* |
| **If you believe this is an urgent/emergent health care need, contact the correctional officer on duty.** |

**REQUEST FOR:**  MEDICAL ☒☒  MENTAL HEALTH ☐  DENTAL ☐  MEDICATION REFILL ☐

| **NAME** | **CDC NUMBER** | **HOUSING** |
|---|---|---|
| GONZALEZ, A. | C-47744 | WA-107-L |

| **PATIENT SIGNATURE** | **DATE** |
|---|---|
| | August 27, 2007 |

**REASON YOU ARE REQUESTING HEALTH CARE SERVICES.** (Describe Your Health Problem And How Long You Have Had The Problem)  I'm currently on (DOT) Tylenor #3, 2 TAB 3X Daily and in addition also taking Gabapentin 600 MG 1 TAB 3X Daily / Naproxen 250 MG 1½ TAB Daily / Omeprazole 20 MG 1 Cap.

Daily. However, none of the Med's are having any effect. I'm in intense constant pain

and cannot perform the smaller task such as walking. Therefore, I'd like to request to

be schedule an EMERGENCY appointment for the Dr. to evaluate, assess and change curent med's.

*NOTE: IF THE PATIENT IS UNABLE TO COMPLETE THE FORM, A HEALTH CARE STAFF MEMBER SHALL COMPLETE THE FORM ON BEHALF OF THE PATIENT AND DATE AND SIGN THE FORM*

| **PART III: TO BE COMPLETED AFTER PATIENT'S APPOINTMENT** |
|---|
| ☐ Visit is not exempt from $5.00 copayment.  (Send pink copy to Inmate Trust Office.) |

| **PART II: TO BE COMPLETED BY THE TRIAGE REGISTERED NURSE** | |
|---|---|
| Date / Time Received:  8/27/07 -0807- M | Received by: M |
| Date / Time Reviewed by RN: | Reviewed by: |

**S:** Pt. here to request change on current meds. Stated "med is not working" Allergy - PCN, Tetracycline. Hx a chronic back inj-ry. Pain is constant"

**Pain Scale:**  1  2  3  4  5  6  7  8  9  10

**O:** T:98.  P: 80  R: 16  BP: 132/72  WEIGHT: — Pullina 8/27/07
ATO x 3. ambulates & signs of discomfort & steady gait. In a sign of distress. Able to bend and touch floor & discomfort.

**A:** Pt. requesting to remove current meds to change current meds

**P:** Will place on duct list to see MD.

☐ See Nursing Encounter Form

**E:**

| **APPOINTMENT SCHEDULED AS:** | **EMERGENCY** (IMMEDIATELY) ☐ | **URGENT** (WITHIN 24 HOURS) ☐ | **ROUTINE** (WITHIN 14 CALENDAR DAYS) ☐ |
|---|---|---|---|
| **REFERRED TO PCP:** | | **DATE OF APPOINTMENT:** | |
| **COMPLETED BY** | | **NAME OF INSTITUTION** | |

| **PRINT / STAMP NAME** | **SIGNATURE / TITLE** | | **DATE/TIME COMPLETED** |
|---|---|---|---|
| | | | |

CDC 7362 (Rev. 03/04)    Original - Unit Health Record    Yellow - Inmate (if copayment applicable)    Pink - Inmate Trust Office (if copayment applicable)    Gold - Inmate

22

Page 1 of 2

| DATE | TIME |
|------|------|
| 9-11-07 | 534002 |

9-11-07   534002 ℅ Chronic Lumbar Pain c̄ Radiation to (R)
Leg, Burning and Numbness noted as 10/10. Current
(1.) meds Neurontin, T-3, NAProxyN Reduced effectiveness
"I scream in Pain..." Documented Foramin Stinosis
L5/S1. c̄ severe DDD. Improved Sumotion c̄ Therapy
since May c̄ meds. (walked c̄ wide slow gait
using Cane, Now, No cane, moves rapidly when Required)
# Note Patient states on ~~Aug~~ Sept 4, "was taken to
QR and told he was scheduled for Surgery at
CMC for his back." He understood he was to have
Pain MANagement Consult, Refused Surgery Visit.
Wants to have Pain MANagement Consult asap.

(2) ℅ Blood in his Shorts yesterday, Hx of Similar
episodes, Last 4months ago, Hx extends Back
14 years? Refused Sigmoidscope in '04. No Blood
today, No Pain Report c̄ episode. MANual Stools Soft
No straining. No Blood on T.P. Reported frank
Red Blood. Recent Hemoccult ⊖. No Light/headness
SOB, CP,

— Slender Males, Walks and moves well, No cane
or gait Problems Noted —
Back — Well developed — B Muscular Balance

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| | | Gonzales |
| | | C47744 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

23

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 9-11-07 | | | |
| | Labs | – | This week Please – |
| | | 1 | CBC, Liver Panel, BMP, PSA, |
| | | | Hemocult x 3 |
| | | | |
| | Consults | – | Pain Management Pending |
| | | | Liver Biopsy (Done) |
| | | | |
| | Meds | –1. | T-3 ī or īī TID (only until Vicodin |
| | | | x 2 weeks        Approved) |
| | | 2. | Vicodin ī or īī TID x 2weeks |
| | | | (NON form completed) (Start when Approved) |
| | | | Prilosec 20mg ī p.o x30d. STOP T-3 at that Time |
| | | 3. | Naprosyn 500 mg BID x 30days |
| | | 4. | Neurontin 800mg TID x 30days |
| RU | | 5. | F/u 2 week – |
| | | | (Fu Rectal Bleeding ?, Pain control) |
| | | | |
| | | | Decker, D. PA-C ~~~~ 0911107 |
| | | | CTF-Soledad, CA |

| ALLERGIES: PCN / TCN | INSTITUTION CTF (N) | ROOM / WING |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Gonzales

C47744

Confidential
client information
See W & I Code, Sections 4514 and
5328

# PHYSICIAN'S ORDERS

CDC 7221 (4/90)
STATE OF CALIFORNIA        OSP 07 101929        DEPARTMENT OF CORRECTIONS

24

| DATE | TIME | |
|------|------|---|
| 9/25/07 | 0 Am | 53 y 8 40 LBP(DD)& came for refill of his D.O.T. medications. He was seen by Dr. Ramberg & refused any surgery. Pt is & claiming that he is going to board in Jany 2008 and depending on the situation he will decide about Sx at that time. He says, he refused to take Tylenol #3 & wants Vicodin (pls. see provider note of 9-11-07) and said he will settle the thing at Court and left my office quickly without giving further history or examination. |
| | | Spoke to Mr Schichi (Pharmacist); Pt's current order will end at on 9/26/07 & has CMO's approval upto 10/12/07. So decided to give refill upto for 2 wks more & the will call for F/u. |
| | | Came to O'clinic walking comfortably, B.P. 114/70, 96.8, 59, 20 |
| | | (ATP) Refil of Vicodin upto 10/12/07. |
| | | Z. AHMED, M.D. Physician CTF - Health Services Dept |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| | | Gonzalez C47744 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA          DEPARTMENT OF CORRECTIONS

NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION
TO PHARMACY AFTER EACH ORDER IS SIGNED.

| Order Date | Time | Problem # | | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|---|
| 9/25/07 | | | | Vicodin i - ii po TID upto 10/12/07. |
| | Am | | | (R.N. please notify pt to collect meds) |
| | D.O.T | | | |
| | | | | Z. AHMED, M.D. |
| | | | | Physician: |
| | | | | CTF - Health Services Dept. |
| | 09/25/07 @ 1124 | | | Noted by M. Carpenter, LVN |

| ALLERGIES: | INSTITUTION CTF-North | ROOM/WING |
|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)

Confidential
client information
See W & I Code, Sections 4514 and
5328

Gonzales

C47744

**PHYSICIAN'S ORDERS**

CDC 7221 (2/00)
STATE OF CALIFORNIA        OSP 05 93459        DEPARTMENT OF CORRECTIONS

26

| DATE | TIME | |
|------|------|---|
| 1 d/ | ·/o7 | ⑤    5 2 9 0 |
| 12 p~ | | request med refill: |
| panl | | hx 5 radmxry = 4~6m Hemis |
| 1/29/08 | | at 4+5. Decline 5 x and will |
| | | reconsider before panl date |
| PNH | | See on Aanbers vote on  8/3/-6. |
| | | O:Coen: NMD, T97-6, P64  N2 o 8p1ec/6~ |
| | | PE |
| | | (utsar crem tenter |
| | |   d Flexlet 2° pain |
| | | Al (1) 65 Re dischrtly From tortfmse |
| | | stencss (4+5 1,2theis f formual |
| | | Stenest at c4.5 6 15-5 |
| | | Refill prim med/ |
| | | Inmute dll Reante otker on lujeg in |
| | | Fi time |
| | |    Spokie pharmgst (ch-ck) tent |
| | |                              off pressily |
| | |      Dr Mr d.                    dn |
| | |          J.              affnid. |
| | | |
| | | |
| | | |

| INSTITUTION | HOUSING UNIT | CDC NUMBER, NAME (LAST, FIRST, MI) AND DATE OF BIRTH |
|-------------|--------------|------------------------------------------------------|
| CTF | O - 130 | GONZALEZ |
| | | C 47 7 44 |

**INTERDISCIPLINARY PROGRESS NOTES**

CDC 7230 (Rev 04/03)
STATE OF CALIFORNIA                    DEPARTMENT OF CORRECTIONS

29

**NOTE: SEND COPY OF PHYSICIAN'S ORDER FOR MEDICATION**
**TO PHARMACY AFTER EACH ORDER IS SIGNED.**

| Order Date | Time | Problem # | Physician's Order and Medication (Orders must be dated, timed, and signed.) |
|---|---|---|---|
| 10/5/07 | | | Neurontin 800mg PO TID X 3 months |
| | 12pm | | PT → Vicodin + Tylenol PO TID X 30 days (5/500mg) |
| | | | Colace 100mg PO BID X 3 months |
| | | | Bottom bunk - 3 months low tier |
| | | | Optometry Referral |
| | | | [signature] 10-10-07 |

| ALLERGIES: | PCN/TCN | INSTITUTION | CTF | ROOM/WING | O-130 |
|---|---|---|---|---|---|

CDC NUMBER, NAME (LAST, FIRST, MI)
Gonzalez
C47744

Confidential
client information
See W & I Code, Sections 4514 and
5328

**PHYSICIAN'S ORDERS**

CDC 7221 (4/90)
STATE OF CALIFORNIA         OSP 07 101929    DEPARTMENT OF CORRECTIONS

# EXHIBIT

# C

exhibit     c

COPY Dec. 4, 2007

TO: J. Chudy, M.D.
CHIEF MEDICAL OFFICER

IN re: CTF-APPEAL Log. #CTF-S-07-01676 &
Monterey Co. S.Ct. #HC5815

) I am the APPELLANT in the ABOVE-STATED APPEAL &
Court Case, and I'm writing you in an EFFORT
to REQUEST your ASSISTANCE in this EVER
FRUSTRATING MATTER. (DOT) delivery in the
Administrative Segregation Unit. (AD-SEG)

) I am currently on (DOT) until SURGERY
INTERVENTION; I'm ALSO currently HOUSED in
AD-SEG; (in short) I'm NOT GETTING the 3X
daily dose, if I'm out of the CELL between
1200 & 1400 HRS.

) I am SUFFERING and EXPERIENCING unbereable
EXCRUCIATING back pain (SCIATICA) AND the CTF-
MEDICAL dept. its VERY WELL AWARE, due to
my CONSTANT GRIEVANCES AGAINST the MED-
Dept.

) It SEEM that INADEQUATE medical CARE is A
compartment towards I/M's AND A

-1-

PREVALENT BEHAVIOR by CTF-MED. DEPT.
MOREOVER IS A BEHAVIOR THAT IS KNOWN
THROUGHOUT THE RANK AND FILE YET
CONTINUES UNCHECKED.

THEREFORE, IN THE INTEREST OF BREVITY AND
TO AVOID REDUNDANCY, I ASK THAT YOU
INSTRUCT YOUR STAFF TO ENSURE THEY
ISSUE ALL PRESCRIBED MEDS, IN MY
CASE ( 3 X dAILY ).

THANK YOU FOR YOUR ASSISTANCE.

CORDIALLY

— 2 —

# EXHIBIT

# D

exhibit          d

Dec. 13, 2007

COPY

To: CDCR MEDICAL RECEIVER OFFICE

I HOPE AND PRAY THAT YOU TAKE THE TIME TO READ THIS LETTER BECAUSE WITH THE SAME URGENCY THAT I WRITE IT THE NEED TO ASK FOR YOUR HELP IS EQUALLY AS GREAT.

I AM WRITING YOUR OFFICE IN AN EFFORT TO ENLIST YOUR ASSISTANCE AND SUPPORT IN THIS EVER FRUSTRATING MATTER.

I AM AN INMATE AT CTF-SOLEDAD AND CURRENTLY HOUSED IN ADMINISTRATIVE SEGREGATION UNIT, I'M ALSO WAITING TO HAVE BACK SURGERY (SCIATICA) INTERVENTION by DR. RAMBERG. AT SAN LUIS OBISPO AND AS I AWAIT FOR THE SURGERY I'M PRESCRIBED FOR PAIN MANAGEMENT VICODIN 2x3 DAILY & GABAPETIN 800 MG 1x3 DAILY. (IN SHORT) IF I'M OUT OF THE CELL FOR WHATEVER REASON THAT MAY BE THE MEDS IS NOT ISSUE/ DELIVER, ALTHO THAT I "MUST" RETURN TO THE CELL IMMEDIATELY, AFTER ALL THIS IS AD-SEG (THE HOLE) INMATES CANNOT JUST RUN AROUND AT WILL, but THE NURSE DON'T RETURN AND I MUST DO WITHOUT THE DOSE AND JUST DEAL WITH UNBEARABLE EXCRUSIATING PAIN NOT TO MENTION I MUST ENDURE THE STRUGGLE TO GET SCHEDULE SO THAT MEDS MAY BE REFILL ALTHO THEY KNOW WELL PAIN DON'T CEASE UNTIL SURGERY

COPY

I'VE ADDRESSED THE LACK OF INMATE MEDICAL-CARE but unfortunately this Institution grievance system HAVE RENDERED the process meaningless And moot in that No adequate remedy can be expected And that compelled me to seek your office assistance. My Request to your office is to please intervene in my case, I Need medical help I'm in constant pain due to Sciatica, I Also have enlarge prostate, furthermore hemorrhoids, And Hepatitis "C", etc. In the past I've been relentless scare to get medical assistance but for the past few months the pain has becomed intolerable, so please can you help. In closing, in the interest of brevity and to avoid redundancy I pray that my request its seen in the light of men talking to solve problems through the Institution of diplomacy like intelligent being instead of using force And violence which is actually a manifestation of men projecting his own ignorance and impotence upon the world.



Cordially
-2-

# EXHIBIT

# E

exhibit     e

COPY

Dec. 17, 2007

Dr. Ramberg.

I hope and pray that you take the time to read this letter because with the same urgency that I write it the need to ask for your assistance is equally as great.

I was seen by you some time back and your assessment indicated that I'm a prospect candidate for back surgery (sciatica); thereafter, some follow-up appointment were scheduled but I declined, mostly based on fear and false hope that the problem would heal by itself.

Currently I'm taking pain meds vicodim 2x3 daily & gabepetin 800mg 1x3 daily but they are not having any effect in relieving the constant unbereable excruciating pain. Therefore, I'm asking that you schedule me for surgery at your earliest possible convenient time.

Cordially

# EXHIBIT

# F

exhibit     f



UNITED STATES POSTAGE

$ 000.41⁰

PITNEY BOWES

02 1P          JAN 04 2008
0004190779
MAILED FROM ZIP CODE 91342

ALEX GONZALEZ C47744
CTF-C XW 329
P.O. Box 689
Soledad, CA  93960-0689

BILL GONZALEZ
4516 VERDUGO ROAD
LOS ANGELES, CA 90065

# Bill Gonzalez
## 4516 Verdugo Road
## Los Angeles, CA 90065
## (323) 841-6611


Soledad State Prison
P.O. Box 689
Soledad, CA 93960-0689
Attn: Dr. J Chudy

Dear D. Chudy:

My name is Bill Gonzalez and I am the brother and family representative of Alex
Gonzalez inmate #C47744.

The family is deeply worried about his medical condition. I am aware that for the last
several months he has been ill with a variety of problems and has not been able to get the
medical attention that he needs. What do we need to do to expedite this process so that
he won't be in so much pain?

If there are papers that he or the family needs to sign can you please tell me what they are
so we can take care of this problem and get him seen by a doctor.

Please feel free to call me with any questions or answers.

Thank you.

Sincerely,

Bill Gonzalez

**OK BRO ;**

**WELL AS YOU CAN IMAGINE IT'S NOT EASY GETTING ANSWERS FROM ANY STATE DEPT. NONE THE LESS SPOKE WITH THE C.M.O. DEPT ( CAROLENE ) AND WITH OUT A SIGNED PAPER FROM YOU SAYING I HAVE ACCESS TO YOUR MEDICAL INFO THEY WON'T TALK ABOUT A INMATES CONDITION. AS I TOLD THEM VERY CLEARLY IF THE INMATE EXPIRES THAT WONT' GO OVER VERY WELL IN A COURT OF LAW. NOW THEY DID FINALY GIVE ME THE FAX # SO I WROTE A LETTER AND FAXED IT ALL WITH IN A FEW MINUTES. NEXT THING SIGN THE FUCKEN LETTER, AND REST ASURE  I ASKED THEM TO OPEN THE FILE AND CHECK TO SEE IF THE LETTER WAS ALREADY ON FILE. OF COURSE  SHE DIN'T DO THAT WAY I DON'T KNOW. MY QUESTION IS IF A LETTER NEEDS TO BE ON FILE DON'T THEY NEED TO OPEN THE FUCKEN FILE TO CHECK, I'M SURE THAT'S A SIMPLE PROCESS OF OPENING A EXCEL FILE OR SPREAD SHEET OF SOME KIND. OK NOW I'M GIVING THEM A COUPLE OF DAYS THEN I'M GOING TO SEND OFF SEVERL LETTERS FROM ALL**

**THE FAMILY THAT IS TRULY CONCERNED TO THE POINT OF MAKING THEM ILL. YOU HAVE ABOUT SIX OR SEVEN FAMILY MEMBERS SO WORRIED ABOUT YOUR HEALTH THAT THEY THEM SELFS ARE NOW VERY ILL. OK BRO  I'LL KEEP IN TOUCH....**

**WITH LOVE AND CONCERN**

Bell

# EXHIBIT

# G

exhibit    g

## INMATE APPEAL ASSIGNMENT NOTICE

To: INMATE GONZALEZ, C47744                    Date: December 29, 2007
Current Housing: CFXWT3000000329L

From: INMATE APPEALS OFFICE

Re: APPEAL LOG NUMBER: CTF-S-07-04953

ASSIGNED STAFF REVIEWER: M E D I C A L
APPEAL ISSUE: MEDICAL
DUE DATE: 02/13/2008

Inmate GONZALEZ, this acts as a notice to you that your appeal has been sent to
the above staff for FIRST level response. If you have any questions, contact the
above staff member. If dissatisfied, you have 15 days from the receipt of the
response to forward your appeal for SECOND level review.


J. Aboytes, CCII / P.G. Dennis, CCII
Appeals Coordinators,
Correctional Training Facility

**INMATE/PAROLEE**
**APPEAL FORM**
CDC 602 (12/87)

| Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|
| 1. | | 1. | |
| 2. | | 2. | |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Gonzalez | NUMBER C47744 | ASSIGNMENT A-SEG | UNIT/ROOM NUMBER YW-329 |
|---|---|---|---|

A. Describe Problem: THIS APPEAL IS BROUGHT PURSUANT TO CA. CODE OF REG. CCR Sec. 3084.1 (RIGHT TO APPEAL). FURTHERMORE, APPELLANT REQUEST THIS APPEAL to be deemed AS AN EMERGENCY CCR Sec. 3084.7 (2) (1). APPELLANT IMMEDIATE HEALTH AND WELFARE IS ON SERIOUS RISK APPELLANT MEDICAL CONDITION HAS deteriorated to A MAXIMUM PRESENTING A SERIOUS CONCERN LIKE RISK APPELLANT IS HAVING CONSTANT PAIN, bleeding AND

If you need more space, attach one additional sheet.

B. Action Requested: I MMediAte Medical CARE

Inmate/Parolee Signature: _____    Date Submitted: 12-18-07

C. INFORMAL LEVEL (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

_____

discomfort that significant have disable
App. from reasonable independent function.
App. have been diagnosed with Hepatitis "C",
Hemorrhoids, enlarge prostate and
sciatica nerve damage.
App. is currently taking pain management
meds. Vicodim and Gabapetin. On 12-14-07
at sick-call App. requested a med refill to
help seduce the sciatica pain but for no
good reason perhaps because its the current
whim, the meds dose was reduced. Now I'm
experiencing unbearable excrociated pain
and furthermore, rectal anal bleeding
more frequently to the point that on
12-17-07 unit staff evacuated me from
the exercise yard because of the
bleeding and that's a very significant
illness and medical condition that
will cause if left untreated a severe
limitation of function and ability to
perform the daily activities and may
very well cause premature death.

-C x4-329
Box 689
ebed, Ca. 93960-0689

**LEGAL MAIL**

RECEIVED

JAN 2 8 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk US Dist. Ct.
Northern Dist. of CA.
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483



UNITED STATES POSTAGE
$ 02.840
02 1M
0004230088  JAN 18 2008
MAILED FROM ZIP CODE 93960