(PR)

FILED
08 JAN 28 AM 10: 52
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Alejandro Gonzalez
Plaintiff,

vs.

Ben Curry (Warden)
J. Chudy, M.D. (C.M.O.)
Defendant.

CASE NO. CV 08 00658 MJJ

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Alejandro Gonzalez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ____________ Net: ____________

Employer: ____________

____________

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

______________________________________________

______________________________________________

______________________________________________

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment — Yes ___ No X

b. Income from stocks, bonds, or royalties? — Yes ___ No X

c. Rent payments? — Yes ___ No X

d. Pensions, annuities, or life insurance payments? — Yes ___ No X

e. Federal or State welfare payments, Social Security or other government source? — Yes ___ No X

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

______________________________________________

______________________________________________

3. Are you married? — Yes ___ No X

Spouse's Full Name: ______________________

Spouse's Place of Employment: ______________________

Spouse's Monthly Salary, Wages or Income:

Gross $__________ Net $__________

4. a. List amount you contribute to your spouse's support:$ __________

b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

______________________________________________

______________________________________________

5. Do you own or are you buying a home? Yes ___ No X

Estimated Market Value: $____________ Amount of Mortgage: $______________

6. Do you own an automobile? Yes ___ No X

Make ________________ Year ____________ Model ______________

Is it financed? Yes _____ No ______ If so, Total due: $ ______________

Monthly Payment: $ ______________

7. Do you have a bank account? Yes ____ No X (Do not include account numbers.)

Name(s) and address(es) of bank: ______________________________

______________________________________________

Present balance(s): $ ______________

Do you own any cash? (Yes) X No ___ Amount: $ see Attached

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ___ No ___

______________________________________________

8. What are your monthly expenses?

Rent: $ N/A Utilities: ______________

Food: $ ______________ Clothing: ______________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ______________ | $ ______________ | $ ______________ |
| ______________ | $ ______________ | $ ______________ |
| ______________ | $ ______________ | $ ______________ |

you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No X

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

JAN. 17, 2008 — DATE

[signature] — SIGNATURE OF APPLICANT

**Case Number:** ____________________

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of GONZALEZ C47744 for the last six months at

[prisoner name]

CTF where (s)he is confined.

[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ ____________ and the average balance in the prisoner's account each month for the most recent 6-month period was $______________.

Dated:____________ ________________________________

[Authorized officer of the institution]

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 11, 2007

X-32

ACCOUNT NUMBER : C47744 BED/CELL NUMBER: CFOWT1000000130S
ACCOUNT NAME : GONZALEZ, ALEJANDRO ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 07/01/2007 | | BEGINNING BALANCE | | | | | 47.82 |
| 07/06 | D554 | INMATE PAYROL | 0029 P16 | | 20.00 | | 67.82 |
| 07/10* | W512 | LEGAL POSTAGE | 0108 LPOST | | | 0.75 | 67.07 |
| 07/16 | FC03 | DRAW-FAC 3 | 0195 U/II | | | 67.07 | 0.00 |
| 08/03 | D554 | INMATE PAYROL | 0392 P7 | | 20.00 | | 20.00 |
| 08/14 | FC03 | DRAW-FAC 3 | 0531 U-II | | | 20.00 | 0.00 |
| 09/07 | D554 | INMATE PAYROL | 0777 P4 | | 20.00 | | 20.00 |
| 09/18 | FC03 | DRAW-FAC 3 | 0918 UN-II | | | 15.00 | 5.00 |
| 10/02 | W536 | COPAY CHARGE | 1081 3369 | | | 5.00 | 0.00 |
| 10/06 | D554 | INMATE PAYROL | 1120 P4 | | 20.00 | | 20.00 |
| 10/06 | D554 | INMATE PAYROL | 1120 P4 | | 4.20 | | 24.20 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 47.82 | 84.20 | 107.82 | 24.20 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 24.20 |

REPORT ID: TS3030 .701 REPORT DATE: 01/08/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
CTF SOLEDAD/TRUST ACCOUNTING
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

ACCOUNT NUMBER : C47744 BED/CELL NUMBER: CFXWT3000000329L
ACCOUNT NAME : GONZALEZ, ALEJANDRO ACCOUNT TYPE: I
PRIVILEGE GROUP: D

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/01/2007 | | BEGINNING BALANCE | | | | | 5.00 |
| 10/02 | W536 | COPAY CHARGE | 1081 3369 | | | 5.00 | 0.00 |
| 10/06 | D554 | INMATE PAYROL | 1120 P4 | | 20.00 | | 20.00 |
| 10/06 | D554 | INMATE PAYROL | 1120 P4 | | 4.20 | | 24.20 |
| 10/15 | FC07 | DRAW-FAC 7 | 1237 OWING | | | 24.20 | 0.00 |
| 10/20 | D300 | CASH DEPOSIT | 1291 94194 | | 40.00 | | 40.00 |
| 10/26 | D300 | CASH DEPOSIT | 1356 5525 | | 40.00 | | 80.00 |
| 11/14 | W502 | POSTAGE CHARG | 1557 POST | | | 1.14 | 78.86 |
| 11/16 | W516 | LEGAL COPY CH | 1601 LCOPY | | | 15.68 | 63.18 |
| 11/19 | FC07 | DRAW-FAC 7 | 1624 XWING | | | 45.00 | 18.18 |
| 11/21 | D300 | CASH DEPOSIT | 1638 78195 | | 20.00 | | 38.18 |
| 11/21 | *D300 | CASH DEPOSIT | 1638 78195 | | 50.00 | | 88.18 |
| 12/07 | D300 | CASH DEPOSIT | 1801 74683 | | 40.00 | | 128.18 |
| 12/17 | FC07 | DRAW-FAC 7 | 1913 FC07 | | | 45.00 | 83.18 |
| 12/18 | W512 | LEGAL POSTAGE | 1918 LPOST | | | 1.14 | 82.04 |
| 12/19 | FR01 | CANTEEN RETUR | 701893 | | | 1.03- | 83.07 |
| 12/19 | W516 | LEGAL COPY CH | 1947 LCOPY | | | 3.40 | 79.67 |
| 12/27 | D300 | CASH DEPOSIT | 2005 68850 | | 20.00 | | 99.67 |
| ACTIVITY FOR 2008 | | | | | | | |
| 01/03 | D300 | CASH DEPOSIT | 2061 68878 | | 20.00 | | 119.67 |

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 5.00 | 254.20 | 139.53 | 119.67 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 119.67 |