1

2

3

4

5

6   In re                        )

7                                )        CV 08 00658

8                                )                   MJJ
                                 )
9   ALEJANDRO GONZALEZ           )        APPLICATION FOR APPOINTMENT OF COUNSEL
        Petitioner               )
10
    _____

11

12

13

14

15

16

17   I the undersigned petitioner a layman-at-law moves this court for

18   an Order appointing a Certified Attorney-at-Law member of the

19   California or American Bar, to represent defendant in the present

20   cause of action now filed in this court, because defendant cannot

21   afford to employ the services of an Attorney in the matter.

22

23   Legal Authorities for Appointment and Compensation of Counsel is

24   Art. 1 §15 of the Cal. Const; The 6th Amend. to the Const; 28 U.S.

25   C. §1915(d); 18 U.S.C. §3006a(g), as interpreted in McClain V.

26   Manson, 343 F. Supp. 383 [D. Conn. 1972]; Payne V. Superior Court

27   (1975) 17 Cal. 3d 908; Salas V. Cortez, (1979) 14 Cal. 3d 22;

28   Price V. Johnston, 161 F. 2d 705; Yarbrough V. Superior Court,

1    (1983) 150 Cal. App. 3d 388; and California Penal Code §1191.1

2    which expressly grant a right to counsel and equal protection

3    to indigent imprisoned inmates upon request.

4
5              "as a matter of Due Process and Equal Protection
               under both Federal and California Constitutions
6              a prisoner who as a defendant [or petitioner or
                   plaintiff] in a 'bona fide action threating
7              his interest' is exposed to Judicial Sanctioned
               Deprivation and is entitled to access to the court
               in order to have a 'meaningingful opportunity to be
8              heard and to have assistance of competent counsel'
                   Yarbrough V. Superior Court, supra, citing

9
10                  Payne V. Superior Court, supra

11

12   WHEREFORE, for the reasons stated herein, petitioner prays upon

13   this court that Application for Appointment of Counsel be granted.

14

15

16   Dated JANUARY 17, 2008

17

18

19

20   _____

21                    Respectfully Submitted

22

23

24

25

26

27

28