FILED

FEB 28 PM [illegible]

Case Number: CV 08 00658 MJJ

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **GONZALEZ C 47744** for the last six months
[prisoner name]
**CORRECTIONAL TRAINING FACILITY** where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ **21.84** and the average balance in the prisoner's account each month for the most recent 6-month period was $ **70.07**.

Dated: **2-26-08**                     _Brenda Gatica, Acct Technician_
                                       [Authorized officer of the institution]

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-26-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Gatica_
TRUST OFFICE
Acct Technician

-5-

(PR)

CV 08    00658    MJJ

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INSTRUCTIONS FOR PRISONER'S
IN FORMA PAUPERIS APPLICATION**

You must submit to the court a completed Prisoner's In Forma Pauperis Application if you are unable to pay the entire filing fee at the time you file your complaint or petition. Your application must include copies of the prisoner trust account statement showing transactions for the last six months and a certificate of funds in prisoner's account, signed by an authorized officer of the institution.

A.   **Non-habeas Civil Actions**

Effective April 9, 2006, the filing fee for any civil action other than a habeas is $350.00. Even if you are granted leave to proceed in forma pauperis, you must still pay the full amount of the court's filing fee, but the fee will be paid in several installments. 28 U.S.C. § 1915.

You must pay an initial partial filing fee of 20 percent of the greater of (a) the average monthly deposits to your account for the 6-month period immediately before the complaint was filed or (b) the average monthly balance in your account for the 6-month period immediately before the complaint was filed. The court will use the information provided on the certificate of funds and the trust account statement to determine the filing fee immediately due and will send instructions to you and the prison trust account office for payment if in forma pauperis status is granted.

After the initial partial filing fee is paid, your prison's trust account office will forward to the court each month 20 percent of the most recent month's income to your prison trust account, to the extent the account balance exceeds ten dollars ($10.00). Monthly payments will be required until the full filing fee is paid. If you have no funds over ten dollars ($10.00) in your account, you will not be required to pay part of the filing fee that month.

If your application to proceed in forma pauperis is granted, you will be liable for the full $350.00 filing fee even if your civil action is dismissed. That means the court will continue to collect payments until the entire filing fee is paid. However, if you do not submit this completed application the action will be dismissed without prejudice and the filing fee will not be collected.

B.   **Habeas Actions**

The filing fee for a habeas action is $5.00. If you are granted leave to proceed in forma pauperis you will not be required to pay any portion of this fee. If you are not granted leave to proceed in forma pauperis you must pay the fee in one payment and not in installments. **If you use a habeas form to file a non-habeas civil action, you will be required to pay the $350.00 filing fee applicable to all non-habeas civil actions.**

IFP APPLI.-PRISONER (Rev. 4/06)

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alejandro Gonzalez
             Plaintiff,

CASE NO. CV 08 00658

vs.

Ben Curry (Warden)
J. Chudy, M.D.
Chief Medical Officer Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, A. Gonzalez, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____
5  _____
6  _____
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or              Yes ___ No X
10         self employment
11    b.   Income from stocks, bonds,           Yes ___ No X
12         or royalties?
13    c.   Rent payments?                       Yes ___ No X
14    d.   Pensions, annuities, or              Yes ___ No X
15         life insurance payments?
16    e.   Federal or State welfare payments,   Yes ___ No X
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                       Yes ___ No X
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS       - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5.    Do you own or are you buying a home?    Yes ____  No __X__

Estimated Market Value: $_____ Amount of Mortgage: $_____

6.    Do you own an automobile?    Yes ____ No __X__

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $_____

Monthly Payment: $_____

7.    Do you have a bank account? Yes ____ No __X__ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $_____

Do you own any cash? Yes ____ No ____ Amount: $_____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No __X__

_____

8.    What are your monthly expenses?

Rent: $_____ Utilities: _____

Food: $_____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |
| _____ | $_____ | $_____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-25-2008

DATE

SIGNATURE OF APPLICANT

```
REPORT ID: TS3030   .701                              REPORT DATE: 02/26/08
                                                      PAGE NO:         1
                     CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                     FOR THE PERIOD: SEP. 26, 2007 THRU FEB. 26, 2008

ACCOUNT NUMBER : C47744              BED/CELL NUMBER: CFXWT3000000329L
ACCOUNT NAME   : GONZALEZ, ALEJANDRO    ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE  DESCRIPTION    COMMENT    CHECK NUM  DEPOSITS   WITHDRAWALS   BALANCE
----- ---- -------------- ---------- --------- ----------- ----------- -----------

09/26/2007    BEGINNING BALANCE                                            5.00

10/02 W536 COPAY CHARGE   1081 3369                            5.00        0.00
10/06 D554 INMATE PAYROL  1120 P4         20.00                           20.00
10/06 D554 INMATE PAYROL  1120 P4          4.20                           24.20
10/15 FC07 DRAW-FAC 7     1237 OWING                          24.20        0.00
10/20 D300 CASH DEPOSIT   1291 94194      40.00                           40.00
10/26 D300 CASH DEPOSIT   1356 5525       40.00                           80.00
11/14 W502 POSTAGE CHARG  1557 POST                            1.14       78.86
11/16 W516 LEGAL COPY CH  1601 LCOPY                          15.68       63.18
11/19 FC07 DRAW-FAC 7     1624 XWING                          45.00       18.18
11/21 D300 CASH DEPOSIT   1638 78195      20.00                           38.18
11/21*D300 CASH DEPOSIT   1638 78195      50.00                           88.18
12/07 D300 CASH DEPOSIT   1801 74683      40.00                          128.18
12/17 FC07 DRAW-FAC 7     1913 FC07                           45.00       83.18
12/18 W512 LEGAL POSTAGE  1918 LPOST                           1.14       82.04
12/19 FR01 CANTEEN RETUR  701893                               1.03-      83.07
12/19 W516 LEGAL COPY CH  1947 LCOPY                           3.40       79.67
12/27 D300 CASH DEPOSIT   2005 68850      20.00                           99.67
   ACTIVITY FOR 2008
01/03 D300 CASH DEPOSIT   2061 68878      20.00                          119.67
01/14 FR01 CANTEEN RETUR  702181                               4.85-     124.52
01/14 FC07 DRAW-FAC 7     2205 XWING                          45.00       79.52
01/22 D300 CASH DEPOSIT   2316 8643       20.00                           99.52
02/05 D300 CASH DEPOSIT   2498 68767      20.00                          119.52
02/07 W512 LEGAL POSTAGE  2515 LPOST                           2.84      116.68
02/19 FR01 CANTEEN RETUR  702652                               4.05-     120.73
02/19 FC07 DRAW-FAC 7     2675 XWING                          45.00       75.73
02/22 D300 CASH DEPOSIT   2722 8624       20.00                           95.73
02/23 W835 REVERSE COPAY  2733 3369                            5.00-     100.73


                              TRUST ACCOUNT SUMMARY

 BEGINNING      TOTAL         TOTAL       CURRENT       HOLDS      TRANSACTIONS
  BALANCE      DEPOSITS    WITHDRAWALS    BALANCE      BALANCE     TO BE POSTED
------------ ------------ ------------ ------------ ------------ ---------------
     5.00       314.20       218.47       100.73        0.00          0.00
```

```
CORRECTIONAL TRAINING FACILITY             CURRENT
P.O. BOX 686                             AVAILABLE
SOLEDAD, CA 93960                         BALANCE
ATTN: TRUST OFFICE                        ---------
                                           100.73
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-26-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Oatis_
TRUST OFFICE
Acct Technician

A. Gonzalez #C-47744
CTC XW-329
P.O. Box 689
Soledad, CA. 93960-0689

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Brenda
Nation
Trust
Dept
2-26-08