Feb. 25, 2008

In re: CV 08 00658 MJJ

To: The Clerk of the Court

On Feb. 22, 08 I received from your office notice informing that In Forma Pauperis I submitted is insufficient etc. Your notice caution, I've (30) days from the filing date stamped which the action show JAN. 28, 08. However, your office mailing envelope it's postmarked Feb. 20, 08. However, I question why took 24 days after filing to sent the notice and give 30 days to comply when in actuality counting from the mailing date from your office only gives 8 days. Therefore, I do respectfully request your office to take into consideration all the facts and I further will ensure that I'll turn the application to the counselor assigned to my case to forward to the prison trust account office to be process and return to your office immediately.

Thank you very much for your assistance.

Sincerely,

WC: File

c/o
STATE PRISON
CORRECTIONAL
TRAINING FACILITY
SOLEDAD CA 93960

2/25/08

Alejandro Gonzalez #C41744
CTF-C XW-329
P.O. Box 689
Soledad, Ca. 93960-0689

U.S. Dist. Court
Att: Clerk Office
450 Golden Gate Ave.
P.O. Box 36060
San Francisco, Ca

LEGAL MAIL