**FILED**

MAR - 3 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Alejandro Gonzalez

Plaintiff,

vs.

Ben Curry (warden)
J. Curdy, M.D.
CMO

Defendant.

CASE NO. CV08 00658

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✗

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS              - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

|  |  |  |  |
|---|---|---|---|
| a. | Business, Profession or self employment | Yes ___ | No _X_ |
| b. | Income from stocks, bonds, or royalties? | Yes ___ | No _X_ |
| c. | Rent payments? | Yes ___ | No _X_ |
| d. | Pensions, annuities, or life insurance payments? | Yes ___ | No _X_ |
| e. | Federal or State welfare payments, Social Security or other government source? | Yes ___ | No _X_ |

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.     Are you married?                                      Yes ___  No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1 | children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2 | _____
3 | _____
4 | 5.    Do you own or are you buying a home?    Yes ____ No ☒
5 | Estimated Market Value: $_____ Amount of Mortgage: $_____
6 | 6.    Do you own an automobile?               Yes ____ No ☒
7 | Make _____ Year _____ Model _____
8 | Is it financed? Yes _____ No _____ If so, Total due: $ _____
9 | Monthly Payment: $ _____
10 | 7.    Do you have a bank account?   Yes ____ No ☒ (Do not include account numbers.)
11 | Name(s) and address(es) of bank: _____
12 | _____
13 | Present balance(s): $ _____
14 | Do you own any cash? Yes ____ No ____ Amount: $ _____
15 | Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 | market value.)                                 Yes ____ No ____
17 | _____
18 | 8.    What are your monthly expenses?
19 | Rent: $ _____N/A_____ Utilities: _____N/A_____
20 | Food: $ _____N/A_____ Clothing: _____N/A_____
21 | Charge Accounts:
22 | **Name of Account**          **Monthly Payment**          **Total Owed on This Account**
23 | _____  $ _____  $ _____
24 | _____  $ _____  $ _____
25 | _____  $ _____  $ _____
26 | 9.    Do you have any other debts? (List current obligations, indicating amounts and to whom
27 | they are payable. Do not include account numbers.)
28 | _____N/A_____

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do <u>not</u> include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

    I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

    I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2-25-08                    [signature]

DATE                       SIGNATURE OF APPLICANT

Case Number: CV08 00658
MJJ

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT



FILED 08 MAR -3 PM 1:43

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

GONZALEZ  C47744     for the last six months at
[prisoner name]

CORRECTIONAL TRAINING FACILITY    where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 21.84 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 69.83.

Dated: 2-28-08                         Brenda Nation, Acct Technician
                                       Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX
SOLEDAD,
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY Brenda Nation
TRUST OFFICE
Acct Technician

5

```
REPORT ID: TS3030 .701                              REPORT DATE: 02/28/08
                                                    PAGE NO:       1
              CALIFORNIA DEPARTMENT OF CORRECTIONS
                   CTF SOLEDAD/TRUST ACCOUNTING
                   INMATE TRUST ACCOUNTING SYSTEM
                   INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: SEP. 29, 2007 THRU FEB. 28, 2008

ACCOUNT NUMBER : C47744           BED/CELL NUMBER: CFXWT3000000329L
ACCOUNT NAME   : GONZALEZ, ALEJANDRO     ACCOUNT TYPE: I
PRIVILEGE GROUP: D
                        TRUST ACCOUNT ACTIVITY
      TRAN
DATE  CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
-----  ----  -------------  ----------  ---------  ---------  -----------  ---------

09/29/2007   BEGINNING BALANCE                                                  5.00

10/02 W536 COPAY CHARGE   1081 3369                              5.00           0.00
10/06 D554 INMATE PAYROL  1120 P4                    20.00                     20.00
10/06 D554 INMATE PAYROL  1120 P4                     4.20                     24.20
10/15 FC07 DRAW-FAC 7     1237 OWING                            24.20           0.00
10/20 D300 CASH DEPOSIT   1291 94194                 40.00                     40.00
10/26 D300 CASH DEPOSIT   1356 5525                  40.00                     80.00
11/14 W502 POSTAGE CHARG  1557 POST                              1.14          78.86
11/16 W516 LEGAL COPY CH  1601 LCOPY                            15.68          63.18
11/19 FC07 DRAW-FAC 7     1624 XWING                            45.00          18.18
11/21 D300 CASH DEPOSIT   1638 78195                 20.00                     38.18
11/21*D300 CASH DEPOSIT   1638 78195                 50.00                     88.18
12/07 D300 CASH DEPOSIT   1801 74683                 40.00                    128.18
12/17 FC07 DRAW-FAC 7     1913 FC07                             45.00          83.18
12/18 W512 LEGAL POSTAGE  1918 LPOST                             1.14          82.04
12/19 FR01 CANTEEN RETUR  701893                                 1.03-         83.07
12/19 W516 LEGAL COPY CH  1947 LCOPY                             3.40          79.67
12/27 D300 CASH DEPOSIT   2005 68850                 20.00                     99.67
   ACTIVITY FOR 2008
01/03 D300 CASH DEPOSIT   2061 68878                 20.00                    119.67
01/14 FR01 CANTEEN RETUR  702181                                 4.85-        124.52
01/14 FC07 DRAW-FAC 7     2205 XWING                            45.00          79.52
01/22 D300 CASH DEPOSIT   2316 8643                  20.00                     99.52
02/05 D300 CASH DEPOSIT   2498 68767                 20.00                    119.52
02/07 W512 LEGAL POSTAGE  2515 LPOST                             2.84         116.68
02/19 FR01 CANTEEN RETUR  702652                                 4.05-        120.73
02/19 FC07 DRAW-FAC 7     2675 XWING                            45.00          75.73
02/22 D300 CASH DEPOSIT   2722 8624                  20.00                     95.73
02/23 W835 REVERSE COPAY  2733 3369                              5.00-        100.73

                          TRUST ACCOUNT SUMMARY

BEGINNING    TOTAL        TOTAL         CURRENT     HOLDS       TRANSACTIONS
BALANCE      DEPOSITS     WITHDRAWALS   BALANCE     BALANCE     TO BE POSTED
----------  ----------  ------------  ----------  ----------  --------------
   5.00       314.20       218.47       100.73        0.00          0.00

                                                 CURRENT
                                                 AVAILABLE
                                                 BALANCE
CORRECTIONAL TRAINING FACILITY                   ---------
P.O. BOX 686
SOLEDAD, CA  93960                                 100.73
ATTN: TRUST OFFICE
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE ACCOUNT MAINTAINED
ATTEST: 2-28-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Brenda Nation_
TRUST OFFICE
Acct Technician