```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA
```

FILED
08 APR 15 PM 1:47
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO GONZALEZ          )
    Plaintiff               )
                            )
V.                          )    CASE NO. C 08-00658 MHP
                            )
BEN CURRY, & J. CHUDY       )    OBJECTION TO PROCEED
    Defendants.             )    BEFORE UNITED STATES
_____)    MAGISTRATE
                                     TITLE 28 USC §636(c)

TO THE HONORABLE PRESIDING DISTRICT JUDGE MERILYN H. PATEL.

PLEASE TAKE NOTICE that plaintiff, hereby Object to consent to proceed before The United States Magistrate to conduct any proceedings in this case, including Trial and the Final Judgment.

Dated this 13 day of April 2008.

                                                  Respectfully Submitted

## DECLARATION OF SERVICES BY MAIL

(C.C.P. Sec. §1013(a) & §2015.5; 28 U.S.C. Sec. §1746.)

I, **Alejandro Gonzalez**, declare that I am over the age of eighteen (18) years; I am a party to the attached action; I served the attached document(s) entitled:

>OBJECTION TO PROCEDD
>BEFORE UNITED STATES MAGISTRATE
>TITLE 28 USC §636(c)

on the persons/parties specified below by placing a true copy of said document(s) into a sealed envelop with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate Legal Mail addressed as follows:

>OFFICE OF THE ATTORNEY GENERAL
>455 Golden Gate Ave. Ste. #11000
>San Francisco, Ca. 94102-7004

There is First Class Mail delivery services by the United States Post Office between the place of mailing and the addresses indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this  13  day of  April 2008

_____
Declarant/Server