Alejandro Gonzalez, #C-47744
CTF-C   FW-253-L
P.O.   Box   689
Soledad, Ca. 93960-0689



C 08-658 MHP

April 13, 2008

In re: C 08-00658 MHP

TO THE CLERK OF THE COURT.

I'd like to bring to your office attention my correct address.

Alejandro Gonzalez, #C-47744
Correctional Training Facility - Central  Fox-Wing  253-L
P.O. Box   689
Soledad, Ca. 93960-0689

(ABBREVIATION)   Alejandro Gonzalez, #C-47744
CTF-C   FW-253-L
P.O.   Box   689
Soledad, Ca. 93960-0689

Thank you very much for your assistance in the matter.

Cordially



E-Filing, ProSe

# U.S. District Court
# California Northern District (San Francisco)
# CIVIL DOCKET FOR CASE #: 3:08-cv-00658-MJJ
# Internal Use Only

Gonzalez v. Curry et al
Assigned to: Hon. Martin J. Jenkins
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 01/28/2008
Jury Demand: None
Nature of Suit: 555 Prisoner: Prison Condition
Jurisdiction: Federal Question

**Plaintiff**

**Alejandro Gonzalez**          represented by   **Alejandro Gonzalez**
                                                 C-47744
                                                 CTF
                            INCORRECT            Ca. State Prison-Los Angeles County
                                                 P.O. Box 689
                                                 Soledad, CA 93960-0689
                                                 PRO SE

V.

**Defendant**

**Ben Curry**
*Warden*

**Defendant**

**M.D. J. Chudy**
*Chief Medical Officer*

| Date | # | Docket Text |

Alejandro Gonzalez, C-47744
CTF-C FW-253-L
P.O. Box 689
Soledad, Ca. 93969-0689

**LEGAL & CONFIDENTIAL MAIL**

SAN JOSE CA 951
14 APR 2008 PM 7 L

Office of the Clerk, U.S. Dist. Ct.
Northern Dist. of Ca.
450 Golden Gate Ave.
San Francisco, Ca. 94102

