UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FILED

MAY 27 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GONZALEZ )<br>    Plaintiff )<br> )<br> VS )<br> )<br> )<br> BEN CURRY, (Warden) & )<br> )<br> J. CHUDY, (CMO) )<br>    Defendants )<br>_____ ) | CASE NO. C 08-00658 MHP<br><br>MOTION FOR PROHIBITION<br>"STAY" |

TO THE HONORABLE PRESIDING DISTRICT JUDGE, MARILYN H. PATEL:

PLEASE TAKE NOTICE that on May *19* 2008, plaintiff was hospitalized and its anticipated that back surgery (sciatica) will be performed. Therefore, taking into account the medical circumstances good cause is shown and its hereby respectfully requested an "ORDER" to "STAY" any and all further proceedings until plaintiff recover from surgery and regain strength to procee with the case.

Dated this *19* day of May 2008.

Respectfully Submitted

## DECLARATION OF SERVICES BY MAIL

**(C.C.P. Sec. §1013(a) & §2015.5; 28 U.S.C. Sec. §1746.)**

I, **Alejandro Gonzalez**, declare that I am over the age of eighteen (18) years; I am a party to the attached action; I served the attached document(s) entitled:

MOTION FOR PROHIBITION
"STAY"

on the persons/parties specified below by placing a true copy of said document(s) into a sealed envelop with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate Legal Mail addressed as follows:

> Office of the Attorney General
> 455 Golden Gate Ave.
> San Francisco, Ca. 90102

There is First Class Mail delivery services by the United States Post Office between the place of mailing and the addresses indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this _19_ day of _May 2008_

_____
Declarant/Server

Alejandro Gonzalez, #C-47744
CTF-C FW-253-L
P.O. Box 689
Soledad, Ca. 93960-0689

SAN JOSE CA 951

20 MAY 2008 PM 6 T

MAY 2 1 2008

Office of The Clerk
Northern Dist. of Ca.
Attn: Honorable, Marilyn H. Patel
450 Golden Gate Ave.
San Francisco, Ca. 90102

LEGAL & CONFIDENTIAL MAIL

94102+3661