1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone: (415) 703-5577
    Fax: (415) 703-5843
8   Email: Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants Curry and Chudy

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **ALEJANDRO GONZALEZ,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>**BEN CURRY; J. CHUDY,**<br><br>　　　　　　　　　　Defendants. | C 08-0658 MHP (PR)<br><br>**DEFENDANTS' ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL** |

　　　In answer to the complaint filed by Plaintiff Alejandro Gonzalez on January 28, 2008, Defendants Curry and Chudy (Defendants) admit, deny, and allege as follows:

　　　1.　In response to Section I of the preprinted form complaint, Defendants admit that Plaintiff is currently incarcerated at the Correctional Training Facility (CTF) in Soledad, California, which has an administrative-grievance system, and that Plaintiff has received review of some of his claims up to the third, Director's level of review. Defendants deny that Plaintiff has exhausted his administrative remedies in conformity with the Prison Litigation Reform Act.

　　　2.　In response to Section II of the preprinted form complaint, Defendants admit that Alejandro Gonzalez is the Plaintiff in this action, and that he is incarcerated at CTF. Defendants

Defs.' Ans. Compl. & Demand Jury Trial　　　　　　　　　　　　　　　　　　　　A. Gonzalez v. B. Curry, et al.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　C 08-0658 MJJ (PR)

1

also admit that Ben Curry is the Warden at CTF, and admit that J. Chudy, M.D., is the Chief Medical Officer at CTF.

3. In response to Section III of the preprinted form complaint and the two-page Statement of Claim in Appendix A, Defendants deny each and every allegation, except Defendants admit that Plaintiff utilized the inmate administrative-appeal process to complain about some of the medical care he was receiving at CTF.

4. In response to Section IV of the preprinted form complaint and the Relief section of Appendix A, Defendants admit that Plaintiff is seeking injunctive relief, but deny that Plaintiff is entitled to the relief he seeks or to any other relief.

5. Except as previously admitted, Defendants deny each and every allegation in the complaint.

**AFFIRMATIVE DEFENSES**

AS SEPARATE AND AFFIRMATIVE DEFENSES, Defendants allege as follows:

1. Plaintiff fails to state a claim upon which relief can be granted.

2. Defendants are entitled to applicable legal immunities, including qualified immunity.

3. Plaintiff's claims are barred, limited, or controlled by the Prison Litigation Reform Act.

4. The complaint is couched in conclusory terms, and Defendants cannot fully anticipate all affirmative defenses that may be applicable. Accordingly, Defendants reserve the right to assert additional affirmative defenses, if and to the extent that such affirmative defenses are applicable.

5. Defendants exercised due care and acted only in accordance with established and lawful prison procedures.

6. To the extent that Plaintiff has suffered any injury, the injury is due in whole or in part to his own actions or inactions.

7. To the extent that Plaintiff has suffered any injury, the injury is due in whole or in part to persons or forces other than Defendants.

8. Defendants allege that Plaintiff failed to mitigate his damages.

9. Defendants allege that they did not deprive Plaintiff of any right, privilege, or immunity guaranteed by the Constitution or laws of the United States or the State of California.

10. Defendants allege that Plaintiff has suffered no injury or harm.

11. Defendants allege that Plaintiff is not entitled to injunctive and declaratory relief.

12. Defendants allege that they did not act with malicious intent or with reckless disregard for Plaintiff's rights and therefore are not liable for punitive damages.

13. Plaintiff's claims are barred, limited, or controlled because Plaintiff failed to exhaust his administrative remedies in conformity with the Prison Litigation Reform Act.

## DEMAND FOR JURY TRIAL

Defendants demand a jury trial on all issues presented by the complaint that are triable by a jury.

WHEREFORE, Defendants pray that:

1. Judgment be rendered in favor of Defendants and against Plaintiff;

2. Plaintiff take nothing by the complaint;

3. Defendants be awarded costs of suit incurred; and

4. Defendants be awarded such other and further relief as the Court may deem necessary and proper.

Dated: May 30, 2008

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DAVID S. CHANEY
Chief Assistant Attorney General

FRANCES T. GRUNDER
Senior Assistant Attorney General

MICHAEL W. JORGENSON
Supervising Deputy Attorney General

*/s/ Jennifer Nygaard*

JENNIFER J. NYGAARD
Deputy Attorney General
Attorneys for Defendants Curry and Chudy

40259553.wpd
SF2008401807

Defs.' Ans. Compl. & Demand Jury Trial

*A. Gonzalez v. B. Curry, et al.*
C 08-0658 MJJ (PR)

**DECLARATION OF SERVICE BY U.S. MAIL**

Case Name:   **A. Gonzalez v. B. Curry, et al.**

No.:   **C 08-0658 MJJ (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>May 30, 2008</u>, I served the attached

### DEFENDANTS' ANSWER TO COMPLAINT AND DEMAND FOR JURY TRIAL

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Alejandro Gonzalez
C-47744
Correctional Training Facility
P.O. Box 689
Soledad, CA  93960-0686
   *In Pro Per*
   *C-47744*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on May 30, 2008, at San Francisco, California.

| S. Redd | *(signature)* S. Redd |
|---|---|
| Declarant | Signature |

40260022.wpd