Alejandro Gonzalez, #C-47744
CTF-C FW-253-L
P.O. Box 689
Soledad, Ca. 93960-0689




June 9, 2008

The Honorable, Marilyn H. Patel
Northern District Judge
450 Golden Gate Ave.
San Francisco, Ca. 94102

In re: Case No. C8-00658 MHP

Your Honor.

On May 19, 2008. I filed a motion for prohibition "STAY", altho I've no knowledge if the court granted the request plaintiff now ask the court to vacate the motion based on the ground that as anticipated back surgery was performed on May 20, 08 and I am back on General Population the healing process its just beginning; However, plaintiff present condition do not hamper his ability to move forward with the case.

Therefore, plaintiff hereby URGE the court to schedule the case next proceedings at the court earliest convenient possible time. Plaintiff further ask the court to take into consideration that plaintiff immediate health and welfare is on serious risk, if the court do not intervene plaintiff will die in prison not by the act of the state rather of illness and lack of medical care.

Respectfully Submitted

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO GONZALEZ )
Plainitff )
)
VS. )
)
)
BEN CURRY, (Warde) & )
J. CHUDY, (CMO) )
Defendants )

CASE NO. C8=00658 MHP

MOTION FOR APPOINTMENT OF AN INVESTIGATOR

TO THE HONORABLE PRESIDING DISTRICT JUDGE, MARILYN H. PATEL:

Plaintiff a layperson, untutored in the law motion the court for an ORDER appointing an investigator.

Plaintiff is an inmate incarcerated at CTF-Soledad and its his responsibility to prosecute this case. Therefore, under these circumstances and due to the complexity of the case, the assistance of an investigator will provide the resources to effectively gather evidence to support and prosecute the case.

In sum, taking into account the facts, plaintiff ask the court to appoint an investigator. The motion should be granted in the interest of fairness.

Dated this 9 day of May 2008.

Respectfully Submitted

DECLARATION OF SERVICE BY MAIL

(C.C.P. sec. 1013(a) & 2015.5; 28 U.S.C. sec 1746.)

I, Alejandro Gonzalez , declare that I am over the age of eighteen (18) years; I am a party to the attached action; I served the attached document entitled:

MOTION FOR APPOINTMENT OF AN INVESTIGATOR

on the persons/parties specified below by placing a true copy of said document into a sealed envelope with the appropriate postage affixed thereto and surrendering said envelope(s) to the staff of the Correctional Training Facility entrusted with the logging and mailing of inmate Legal Mail addressed as follows:

Jennifer J. Nygaard
Deputy Attorney General
455 Golden Gate Ave. Ste. 11000
San Francisco, Ca. 94102-7004

There is First Class mail delivery services by the United States Post Office between the place of mailing and the addresses indicated above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9 day of ~~[illegible]~~ June 2008

[signature]

Declarant/Server

Alejandro Gonzalez, #C-47744
CTF-C FW-253-L
P.O. Box 689
Soledad, Ca. 93960-0689

SAN JOS
09 JUN 20

LEAGL & CONFIDENTIAL MAIL

TO THE
North
450 G
San F

94102+3661

Alejandro Gonzalez, #C-47744
CTF-C FW-253-L
P.O. Box 689
Soledad, Ca. 93960-0689

SAN JOSE CA 951
09 JUN 2008 PM 2 T

41 USA

TO THE CLERK OF THE COURT
Northern District Court
450 Golden Gate Ave.
San Francisco, Ca. 94102

LEAGL & CONFIDENTIAL MAIL

94102+3661