United States District Court
For the Northern District of California

1
2
3
4
5
6                        UNITED STATES DISTRICT COURT

7                        NORTHERN DISTRICT OF CALIFORNIA

8

9   ALEJANDRO GONZALEZ,                         No. C 08-658 MHP (pr)

10            Plaintiff,                         **ORDER ON MISCELLANEOUS**
                                                **MATTERS AND REFERRING**
11      v.                                       **ACTION FOR MEDIATION**

12  BEN CURRY; et al.,

13            Defendants.
                                        /
14

15          This action is now before the court for several miscellaneous matters.

16          First, plaintiff filed a motion for a stay of this action so that he could recuperate from

17  back surgery.  A couple of weeks later, he wrote to the court stating that he was ready to

18  resume litigating and asking the court to vacate his earlier request for a stay.  Accordingly,

19  the motion for a stay is DENIED as moot.  (Docket # 14.)

20          Second, plaintiff filed a motion for appointment of an investigator to aid him in the

21  preparation of his case because he is in prison and his case is complex.  The motion is

22  DENIED.  (Docket # 18.)  The court does not appoint investigators for civil litigants, even if

23  they are incarcerated.  Like many other unrepresented prisoner-plaintiffs, plaintiff must

24  personally investigate, prepare and present his case.

25          Third, when the court issued the order of service, it indicated an intent to refer this

26  action to the Pro Se Prisoner Mediation Program after defendants filed an answer.

27  Defendants have now filed an answer.  Good cause appearing, this action is now referred to

28  Magistrate Judge Vadas for mediation proceedings pursuant to the Pro Se Prisoner Mediation

    Program.  The proceedings will take place within **90 days** of the date this order is filed.

Magistrate Judge Vadas will coordinate a time and date for a mediation proceeding with all interested parties and/or their representatives and, within **5 days** after the conclusion of the mediation proceedings, file with the court a report for the prisoner mediation proceedings.

The clerk shall send to Magistrate Judge Vadas in Eureka, California, a copy of the contents of the court file and this order.

IT IS SO ORDERED.

Dated:   July 24, 2008

_____
Marilyn Hall Patel
United States District Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


ALEJANDRO GONZALEZ,

               Plaintiff,

  v.

BEN CURRY et al,

               Defendant.

_____/

Case Number: CV08-00658 MHP

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Alejandro Gonzalez C-47744
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689


Dated: July 25, 2008

Richard W. Wieking, Clerk
By: Anthony Bowser, Deputy Clerk