1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  ROCHELLE C. EAST
   Senior Assistant Attorney General
4  MICHAEL W. JORGENSON
   Supervising Deputy Attorney General
5  JENNIFER J. NYGAARD, State Bar No. 229494
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone:  (415) 703-5577
     Fax:  (415) 703-5843
8    Email:  Jennifer.Nygaard@doj.ca.gov

9  Attorneys for Defendants Curry and Chudy

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

| ALEJANDRO GONZALEZ, | C 08-0658 MHP (PR) |
|---|---|
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)** |
| v. | |
| BEN CURRY; J. CHUDY, | Judge: The Honorable Marilyn H. Patel |
| Defendants. | |

20       On September 3, 2008, the parties met with Magistrate Judge Vadas and reached a

21  settlement in this case.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be

22  dismissed without order of the court by filing a stipulation of dismissal signed by all parties who

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

Joint Stipulation of Dismissal Under FRCP 41(a)                                    *Gonzalez v. Curry, et al.*
                                                                                   C 08-0658 MHP (PR)

1

have appeared. Accordingly, the parties stipulate that this action be dismissed in its entirety, with prejudice, and that each party shall bear its own costs and fees.

Dated: Sept 3, 2008

Respectfully submitted,

_____
ALEJANDRO GONZALEZ
Plaintiff

Dated: 9/3/08

Respectfully submitted,

_____
JENNIFER NYGAARD
Deputy Attorney General
Attorney for Defendants Curry and Chudy

IT IS SO ORDERED.

Dated: September 5, 2008

_____
MARILYN HALL PATEL
United States District Judge

IT IS SO ORDERED
*Judge Marilyn H. Patel*

20138096.wpd
SF2008401807

Joint Stipulation of Dismissal Under FRCP 41(a)

*Gonzalez v. Curry, et al.*
C 08-0658 MHP (PR)

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   **A. Gonzalez v. B. Curry, et al.**

No.:   **C 08-0658 MHP (PR)**

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On <u>September 4, 2008</u>, I served the attached

### JOINT STIPULATION OF DISMISSAL UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102-7004, addressed as follows:

Alejandro Gonzalez
**C-47744**
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0686
   *In Pro Se*
   *C-47744*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on September 4, 2008, at San Francisco, California.

|  |  |
|---|---|
| S. Redd | *(signature)* |
| Declarant | Signature |

20139725.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

ALEJANDRO GONZALEZ,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: CV08-00658 MHP

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Alejandro Gonzalez C-47744
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

Dated: September 5, 2008

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk