United States District Court<br>
For the Northern District of California

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12   ALEJANDRO GONZALEZ,

         Plaintiff,                    Case No C 08-658

              v                        REPORT OF PRO SE PRISONER
                                       EARLY SETTLEMENT
     BEN CURRY et al.,                 PROCEEDING

         Defendants.

19       A settlement conference in this matter was held on September 3, 2008. The results of
20   that proceeding are indicated below:
21   (1)   The following individuals, parties, and/or representatives participated in the
22         proceeding, each possessing the requisite settlement authority:
23         ☒  Plaintiff
24         ☐  Warden or warden's representative
25         ☒  Office of the California Attorney General, Deputy AG Jennifer Nygaard
26         ☐  Other: California Department of Corrections and Rehabilitation
27
28

1    (2)    The following individuals, parties, and/or representatives did not appear:

2    (3)    The outcome of the proceeding was:

3         ☒ The case has been completely settled.

4         ☐ The case has been partially resolved and, on or before

5 _____, counsel for defendants shall file a joint stipulation specifying

6 those claims which have been resolved and those that remain to be resolved by the Court.

7         ☐ The parties agree to an additional follow up settlement on

8 _____.

9         ☐ The parties are unable to reach an agreement at this time.

10 Date: 9/8/08

11                            Nandor J Vadas
                                United States Magistrate Judge

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GONZALEZ                                    No. C 08-658

v.                                          CERTIFICATE OF SERVICE

CURRY
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 9/8/08, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy into an inter-office delivery receptacle located in the Office of the Clerk.

**Alejandro Gonzalez**
C-47744
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960-0689

RICHARD W. WIEKING, CLERK

By:/s/_____
     Deputy Clerk

3